**JUDGE BAER**　　　　07 CV 6347

John J. Sullivan
Kipp C. Leland
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiffs
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

ERIDAN SHIPPING LTD., as successor in
interest to KAMA MALTA SHIPPING CO.
LTD., and ANTARUS SHIPPING CO. LTD.,
as successor in interest to KAMA MALTA
1011 SHIPPING CO. LTD.,

　　　　Plaintiffs,

　　-against-

STANISLAV FILATOV

　　　　Defendant.

------------------------------------X

JUL 1 1 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Index No. _____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private, non-governmental parties) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

　　　　　　　　　　NONE

Dated: July __, 2007
New York, New York

                HILL RIVKINS & HAYDEN LLP
                Attorneys for Plaintiffs

By: _____
       John J. Sullivan
       Kipp C. Leland
       45 Broadway, Suite 1500
       New York, New York 10006
       (212) 669-0600