```
            HILL RIVKINS & HAYDEN LLP
              ATTN: BOB BLUM
U.S.SOUTHERN DIST. COURT        NEW YORK     COUNTY
```
---

ERIDAN SHIPPING LTD., AS SUCCESSOR IN      plaintiff
INTEREST TO KAMA MALTA SHIPPING, CO LTD. ETAL
                       - against -

STANISLAV FILATOV                          defendant

Index No. 07 CV 6347

Date Filed ..........

Office No. 26784-KCL

Court Date:   / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

JULIUS THOMPSON      being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 30th day of July, 2007   12:35 PM                 at
   217 E.96TH ST, APT 29B
   NEW YORK, NY
I served the   **SUMMONS AND COMPLAINT**
           **RULE 7.1 STATEMENT**
           **JUDGES RULES**
after prior attempts were made on: 07/26/2007 07:33 AM   07/28/2007 07:08 PM     / /
upon **STANISLAV FILATOV**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with
   **PAUL "SMITH"-DESK CLERK WHO REFUSED LAST NAME**

a person of suitable age and discretion, who refused access to **DEFENDANT's** actual apartment, and accepted in accordance with his/her everyday duties.
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**       COLOR: **TAN**      HAIR: **BLACK**       AGE: 35   HEIGHT: 5:9   WEIGHT: 205
OTHER IDENTIFYING FEATURES:
On **08/03/2007** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**last known residence, usual place of abode of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.
That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
3rd  day of  August,      2007i

JOEL GOLUB
Notary Public, State of New York
  No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

JULIUS THOMPSON  822528
AETNA CENTRAL JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM50677