John J. Sullivan
Kipp C. Leland
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiffs
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
ERIDAN SHIPPING LTD., as successor in
interest to KAMA MALTA SHIPPING CO.
LTD., and ANTARUS SHIPPING CO. LTD.,
as successor in interest to KAMA MALTA
1011 SHIPPING CO. LTD.,

    Plaintiffs,

    -against-

STANISLAV FILATOV

    Defendant.
------------------------------X

Index No. 07-Civ-6347 (HB)

**REQUEST TO ENTER DEFAULT**

    PLEASE TAKE NOTE that the plaintiffs by their attorneys, Hill Rivkins & Hayden LLP, hereby request that the Clerk enter the default of defendant, Stanislav Filatov, who has failed to answer the Complaint or otherwise appear in this action, and whose time in which to appear and defend in this action has expired.

Dated: September 10, 2007
New York, New York

                    Respectfully Submitted,

                    HILL RIVKINS & HAYDEN LLP
                    Attorneys for Plaintiffs

By: _____
                    John J. Sullivan
                    Kipp C. Leland
                    45 Broadway, Suite 1500
                    New York, New York 10006
                    (212) 669-0600


To:    Stanislav Filatov
       217 E. 96th Street, Apt. 29B
       New York, New York 10128