UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

ERIDAN SHIPPING LTD., as successor in interest to KAMA MALTA SHIPPING CO. LTD., and ANTARUS SHIPPING CO. LTD., as successor in interest to KAMA MALTA 1011 SHIPPING CO. LTD.,

    Plaintiffs,

-against-

STANISLAV FILATOV

    Defendant.

------------------------------X

Index No. 07-Civ-6347 (HB)

**CLERK'S CERTIFICATE**

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on July 11, 2007 with the filing of a summons and complaint, a true copy of the summons and complaint was served on defendant by serving the summons and complaint in accordance with NY CPLR § 308(2) upon the Desk Clerk at Stanislav Filatov's residence at 217 East 96th Street, Apartment 29B, New York, New York, and then thereafter mailing the summons and complaint to Stanislav Filatov at that address, and proof of such service thereof was filed on August 7, 2007.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

                                        J. MICHAEL MCMAHON
                                      Clerk of the Court

                                      By:_____
                                             Deputy Clerk