John J. Sullivan
Kipp C. Leland
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiffs
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ERIDAN SHIPPING LTD., as successor in
Interest to KAMA MALTA SHIPPING CO. LTD.,
And ANTARUS SHIPPING CO. LTD., as
Successor in interest to KAMA MALTA 1011
SHIPPING CO. LTD.,

      Plaintiffs,

 - against –

STANISLAV FILATOV,

      Defendant.

------------------------------------X

Index No. 07-Civ-6347 (HB)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK SS.:

 The undersigned, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Scotch Plains, New Jersey.

 On September 10, 2007, I served the annexed Request to Enter Default and Certification in Support of Request to Enter Default.

| ☒ | Service By Mail | by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the last known address set forth: |
|---|---|---|
| | | Stanislav Filatov<br>217 East 96th Street, Apt. 29B<br>New York, New York 10128 |
| ☐ | Personal Service on Individual | by delivering a true copy thereof personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*: |

| | Service by Electronic Means | by transmitting the papers by electronic means to the telephone number listed below, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received. I also deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorney at the address set forth after the name: |
|---|---|---|
| ☐ | Overnight Delivery Service | by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of _____ for overnight delivery, prior to the latest time designated by that service for overnight delivery. |

_____
Kathleen B. Quigley

Sworn to before me on the
10th day of September, 2007

JOHN J. SULLIVAN
Notary Public, State of New York
No. 02SU5044687
Qualified in Westchester County
Commission Expires June 5, 2011

26784-JJS/KCL