Is-27 ta' Novembru, 1998

| Nru. 887 | No. 887 |
|---|---|
| ATT DWAR L-IMMIGRAZZJONI | IMMIGRATION ACT |
| (KAP. 217) | (CAP. 217) |

IL-LISTA li ġejja, ta' persuni li għandhom permess biex joqogħdu hawn Malta skond l-artikolu 7 ta' l-Att dwar l-Immigrazzjoni (Kap. 217), hija ppubblikata għall-informazzjoni ta' kulħadd.

THE following list of persons, holding residence permits in terms of section 7 of the Immigration Act, (Cap. 217), is published for general information.

### A

Abad Carlito u Stella
Adam De Villiers Patrick u Vibeke
Adelaar Axel
Adolfsson Bo Karl u Gunn Iris
Agapov Oleg, u bintu (and daughter)
Agati Cirolamo u Maria
Agostinone Andrea
Ahmed Jamil
Alban-Davies Dorothy (Mrs)
Alberta Franco
Aldouchenko Mikhail, Olga u żewġ uliedhom bniet (and two daughters)
Aldred Derek u Aileen
Al-Shinawi Ali, Zahra u żewġ uliedhom (and two children)
Andre Georges u Anne-Sophie
Andreev Andrei, Irina u binthom (and daughter)
Andrews John u Eva
Anstey Betty (Mrs)
Antipine Boris
Antonini Aldo
Aouchev Moukharbek, Stella u erba' uliedhom (and four children)
Appleby John
Appleyard John u Lynda
Araiedh Jamel
Arakelian Artour, Gayane u żewġ uliedhom (and two children)
Arican Mustafa u Ruheyma
Armellini Alessandra (Mrs)
Armellini Francesca (Mrs)
Arnold Graham
Arpano Antonio
Artler Palle u Musse
Ashley Bernard u Regine
Assatrian Roudolf, Rimma u binthom (and daughter)
Astachova Lioudmila u binha (and son)
Attanasio Diego
Austin Giles u Linda
Ayto Albert u Mary

### B

Babaev Ilgar, Saida u binthom (and daughter)
Bacon Cyril u Vera
Badeev Alexander, Elena, u binhom (and son)
Ballantine David
Balzano Silverio
Bankes Luard Ursula (Mrs)
Bao Jinsheng, Kong u binhom (and son)
Bao Wei Qun
Baratti Cesare
Barbieri Duilio
Barnes Harold u Kathleen
Barnes Leslie
Bate Terence u Janet
Bateman Patricia (Mrs)
Bates James
Baulian Jean, Cornelia u binhom (and son)
Beattie Margaret (Mrs)
Beaumont Robert u Jane
Beauprez Vera (Mrs)
Been Edward
Beguelin Henri
Belle Thomas
Bellini Luigi u Francesca
Belooussov Oleg, Oxana u binhom (and son)
Benassai Claude
Benda Maggio Alejandro
Benn Frank u żewġ uliedu subien (and two sons)
Bennington Marie (Mrs)
Benstein Wolfgang
Berset Francois
Berset Henri
Besse Yves
Bezold Wolfgang
Biadacz Waldemar u Marianne
Biancone Sandro u Cinthia
Bidewell Leslie u Dorothy
Bigg Harvey, Elizabeth u binhom (and son)
Bigg Richard
Bion Paul u Veronica

Bionda Adriano
Birchall Jean (Mrs)
Bird Anthony u Elizabeth
Bird Herbert
Bisaschi Luigi
Blagg Bernard u Elizabeth
Blair Donald u Brenda
Blankestijn Cornelis u Elze
Blochwitz Tilman
Blom Boris
Blomeyer Johann u Robina
Bloomer Bertram u Olive
Blumberg David
Boettger Ralf
Bohmer Hartmut
Bol Ferdinand
Bonisch Anna
Bonnett Herbert u Irene
Boomgaard Everardus u Yvonne
Booth Katharina (Ms)
Borg Mary (Mrs)
Borovistski Mickhail, Galina u binthom (and daughter)
Bosma Nicolaas
Botcharov Vladimir, Anna u tliet uliedhom (and three children)
Bourgeois Max
Bowman Peter u Angela
Boyd Donald u Pauline
Bradford Denis u Angela
Bradley Marion (Mrs)
Bricusse Leslie u Yvonne
Bridges William
Briere Georges u Anne Marie
Brink Hendrikus u Margrit
Brioschi Marco
Brissaud Jean Marie u Jocelyne
Brockley James, June u tliet uliedhom (and three children)
Broderick Ronald u Sheila
Bronicki Grzegorz
Brown Mary (Mrs)
Browne Stanley
Brownell Gerald

Brummel Frits u Vemeta
Bruna Carlo
Brunelli Francesco
Bryden Margaret (Mrs)
Bunford Margaret (Mrs)
Buonanno Giovanni
Burchell Leonard u Mary
Buscaini Massimo
Butler Alfred u Diane
Butterworth Stanley u Liana

### C

Cailleau Michel
Calitz Ralph u Ann
Carmelino Felice
Campbell Joyce (Mrs)
Cao Ke, Li Yuan u binhom (and son)
Capece Minutolo Del Sasso Filippo
Capozzi Alessandro u Leda
Capozzi Enrico u Birgid
Cardin Giancarlo
Carlton William
Carmichael Mary (Mrs)
Carpenter John
Carr David
Carter Andrew, Lara u binhom (and daughter)
Casella Umberto
Caselli Giovanni
Caselton Ronald u Margaret
Casey Terry u Dolores
Casini Gianfranco
Cataldi Lucio u Maria Antonietta
Cattani Loris
Cavallini Armando
Cervinka David
Chaq Chun-Chung u Wai-Seung
Chan Fanny (Ms)
Chao Shan Pen, Chao-Liao Yueh Hsiang u tliet uliedhom (and three children)
Chen Chang-Fa u Yu-Lan Shen Hsieh
Chen Yanhua (Ms) u Liu (Mr)
Cheng Hannan, Jinhao u żewġ uliedhom (and two children)
Cheng Hanqunn, Xiao Hu u binhom (and son)
Cheung Chunshing Yukking u żewġ uliedhom (and two children)
Chiarenza Francesco
Chiasson Diane Lillian (Ms)
Christen Benno
Chung Wing Keung, Kit May Kam u binhom (and son)

Clark Janette (Mrs)
Cleeve Noel u Anna Maria
Cleland Ronald, Suzanne u binhom (and son)
Cobbe Linda u binha (and son)
Cocco Benito
Cocco Savino u Anna Maria
Cochrane Henrietta (Mrs)
Cockshoot Margaret (Mrs)
Coenen Robert u Gabriele
Cohen Johannes u Birgitta
Cohen Stephane
Coles Rupert u Margaret
Coletti Mario
Collart Johannes u Lamberta
Collins George u Mary
Colomb Lucia (Mrs)
Confalonieri Augusto u Matilde
Connell Raymond u Rosemary
Cooper Simpson Florence (Mrs)
Cope Kenneth u Cleonora
Corbelli Giancarlo
Corfield John u Agnes
Corker David, Heather u żewġ uliedhom subien (and two sons)
Cottrell Marjorie (Mrs)
Couckuyt Christophe
Coyle Jack
Coyne Derek u Mary Theresa
Cozens Geoffrey
Cran Doris (Mrs)
Crawford Margaret (Mrs)
Critchley Reginald u Barbara
Cromartie Olga (Countess)
Croucamp Phillipus u Veronica
Cullum Sheila (Mrs)
Cumbers Michael, Alicia u binhom (and daughter)
Cuperus Christiaan
Czarnecki Leszek

### D

Da-Rin Eric u Naida
Dachkova Tatiana (Ms) u żewġ uliedha (and two children)
Dady Anthony
Dansie Wilfred u Patricia
Davies John
Davies Roger
Davies Thomas u Teresa
Davies William u Elizabeth
Davis James u Marjorie

Davis Stanley u Rita
Dawson Jeanne u Stergiou Antonia (mother-in-law/omm tar-rispett)
De Dryver Bernard Sybille u żewġ uliedhom subien (and two sons)
De Jong Benjamin
De Lajugie Marie u Simone
De Lange Marcus u Josephina
De Martin Giovanni
De Raaf Roelof
De Santis Ennio
De Simone Salvatore
De Valck Michel
De Waal Lourens u Hansje
De Waard Jan
Deegan Barrie u Franca
Dekhkankhodjayev Sandjar, Shakhzada erba' uliedhom (and four children)
Dell'Arti Giorgio
Den Dunnen Emile u Renee
Den Heyer Maria (Mrs)
Deng Ke
Denman Annette (Mrs)
Dhom Robert
Dickinson Brian
Dickinson Stanley u Doreen
Dietrich Millicent (Mrs)
Dillon Harry u Janet
Dilworth John
Dini Nevio
Dixon Donald u Jutta
Docherty Audrey (Mrs)
Dodds John
Dominy Edgar u M. Stella
Donada Mona (Mrs)
Donders Antonius
Dong Lipeng u l-ġenituri (and parents)
Donkers Johannes u Ehrentraud
Dopf Gerhard
Dorfmann Jacques
Dorokhine Pavel, Nathalia, żewġ uliedh bniet u ġenituri tar-rispett (two daugh and parents-in-law)
Dressler Hans-Juergen u Renate
Driscoll Frances (Mrs)
Driscoll William u Edith
Drozdov Maxim
Drummond Roderick u Sheila
Du Ming, Mingqin u binhom (and son)
Dudgeon Francis u Daphne
Dunbar Smyth Desmond u Sheila
Dunn Dorothy (Mrs)

Is-27 ta' Novembru, 1998

Dunning Diana (Mrs)
Durnford Stephen u Marianne
Dutta Sujit, Anju u binhom (and son)

E

Eagleton William
Earland Robert u Mary
Easterwood Robert u Valkyrie
Edler Rudolf
Edmonds Roger u Barbara
Edmunds Wilfred
Edwards Denis u Barbara
Eichman Alicia (Mrs)
Elia Giovan Piero
Elliott Dougan
Ellis Raymond u Pamela
Engoian Artem u Stella
Ennis Sheila (Mrs)
Entwistle James
Etherington-Smith Joan (Mrs)
Etter Saleh u Hekmet
Eussen Albert
Evans John Glenn
Evdokimenko Oleg, Helena u binhom (and daughter)

F

Fenech Robert
Feng Xiaoyan (Ms) u bintha (and daughter)
Fenley William u Valerie
Ferguson Ellen (Mrs)
Ferri Stefano u Lorenza
Filatov Stanislav, Irina u binhom (and daughter)
Filin Youri, Tatia u binhom (and son)
Filippeddu Julien
Filippov Mikhail, Olena u binhom (and daughter)
Finsterbusch Monika (Ms)
Fischer Geza
Flanby Sven Erik
Flavi Carlo
Fleming Gordon u Helen
Ford Nora (Mrs)
Fortuin Hendrick u Eveline
Fosberry Geoffrey u Alda
Fourmanov Alexandre
Fournier Andre u Elizabetta
Fox John u Dorothy
Fox Leslie (Mrs)

Francis Brian u Mary
Frankland Harry u Hilda
Fraser Catherine (Mrs)
Freedman Mary Carmen (Mrs)
Frizzell Floyd u Susan
Furber Gilburta (Mrs)
Furnee Pieter

G

Gachot Bertrand
Galloway Alexander u Joan
Gambier-Parry Elizabeth (Mrs)
Gaul Angela (Mrs)
Gavritchkine Valeri, Vera u żewġ uliedhom (and two children)
Geary-Knox Constance (Mrs)
Gelbhauer Michael u Judith
Geraci Antonino u Marcella
Geraghty Philip u Melanie
Gerdes Andreas
Giannakoulopoulos Andreas
Giannotta Giuseppe
Gibson Grace (Mrs)
Glass Malcolm
Gleizes Dewavrin Marie-Amelie (Mrs)
Golfera Andrea
Gorbachev Nicolai, Olga u żewġ uliedhom (and two children)
Goriounov Viatcheslav, Olga u żewġ uliedhom (and two children)
Gordon Agnes (Mrs)
Gorthakov Aleksei, Margarita u erba' uliedhom (and four children)
Goulston Robert u Gillian
Graeff Sebastien
Graf Hans Peter
Graham Isobel (Mrs)
Graham John u Annie
Grammerstorf Peter u Heidrun
Gray Donald u Rita
Gray Faith (Mrs)
Green Alan u Olive
Green George
Green Margaretha (Mrs)
Greenwood Mifanwy (Mrs)
Greig Elizabeth (Mrs)
Grichenkov Serguei u ibnu (and son)
Grieve Michael u Elizabeth
Griffin John
Griggs Eleanor (Mrs)

Groschner Egon u Elisabeth
Grossi Giuseppina (Mrs)
Guan Shenxin, Qingchan u binthom (and daughter)
Guelfi Andre
Guerreschi Mario
Gunnell Leon u Mary
Guo Fuxiong u Jing
Gwynfryn-Evans Amanda (Miss)
Gwynfryn-Evans Anthony u Jean
Gwynfryn-Evans Stephen

H

Haas Werner u Esther
Halliday Margaret (Mrs)
Hamilton James u Sylvia
Hamilton Stuart u Eileen
Hammond Leslie u Valerie
Hammond William
Hancher Hazel (Miss)
Hanel Horst u Thelma
Hanney Charles u Isla
Hao Haiyin
Harris Eileen (Mrs)
Harris Eileen Mary (Mrs)
Harris Margaret (Mrs)
Harrison Frank u Gladys
Harty Kevin u Iris
Hasecic Nusret u Mirjana
Haughey Noel u Elizabeth
Hauser Zvonimir
Hawkins James
Haye Leonard
Heath Craig
Heidendahl Johann
Herbert Michael
Heslop Elizabeth (Mrs)
Hessel Charles
Hewitt Joseph
Hicks Leonard
Hijmans Philippe
Hilger Monikn (Ms)
Hill Olivette (Mrs)
Hill Ronald
Hill Ronald u Gladys
Hillman David u Mary
Hills Mervyn, Caroline u tliet uliedhom (and three children)
Hillwood Philip u Heather
Hinchliffe Ronald u Eileen
Hirschbuhl Susanne (Mrs)

| ATT DWAR L-IMMIGRAZZJONI (KAP. 217) | IMMIGRATION ACT (CAP. 217) |
|---|---|
| IL-LISTA li ġejja, ta' persuni li għandhom permess biex joqogħdu hawn Malta skond l-artikolu 7 ta' l-Att dwar l-Immigrazzjoni (Kap. 217), hija ppubblikata għall-informazzjoni ta' kulħadd. | THE following list of persons, holding residence permits in terms of section 7 of the Immigration Act, (Cap. 217), is published for general information. |

### A

Abad Carlito u Stella
Adam De Villiers Patrick u Vibeke
Adelaar Axel
Adolfsson Bo Karl u Gunn Iris
Agapov Oleg, u bintu (and daughter)
Agati Cirolamo u Maria
Agostinone Andrea
Ahmed Jamil
Alban-Davies Dorothy (Mrs)
Aldouchenko Mikhail, Olga u żewġ uliedhom bniet (and two daughters)
Aldred Derek u Aileen
Al-Shinawi Ali, Zahra u żewġ uliedhom (and two children)
Andre Georges u Anne-Sophie
Andreev Andrei, Irina u binthom (and daughter)
Andrews John u Eva
Anstey Betty (Mrs)
Antipine Boris
Antonini Aldo
Aouchev Moukharbek, Stella u erba' uliedhom (and four children)
Appleby John
Araiedh Jamel
Arakelian Artour, Gayane u żewġ uliedhom (and two children)
Arican Mustafa u Ruheyma
Armellini Alessandra (Mrs)
Armellini Francesca (Mrs)
Arnold Graham
Arpano Antonio
Artler Palle u Musse
Ashley Bernard u Regine
Assatrian Roudolf, Rimma u binthom (and daughter)
Astachova Lioudmila u binha (and son)
Attanasio Diego
Austin Giles u Linda
Ayto Albert u Mary

### B

Babaev Ilgar, Saida u binthom (and daughter)
Bacon Cyril u Vera
Badeev Alexander, Elena, u binhom (and son)
Ballantine David
Balzano Silverio
Bankes Luard Ursula (Mrs)
Bao Jinsheng, Kong u binhom (and son)
Bao Wei Qun
Baratti Cesare
Barbieri Duilio
Barnes Harold u Kathleen
Barnes Leslie
Bate Terence u Janet
Bateman Patricia (Mrs)
Bates James
Baulian Jean, Cornelia u binhom (and son)
Beattie Margaret (Mrs)
Beaumont Robert u Jane
Beauprez Vera (Mrs)
Bechet Daniel u Pascale
Been Edward
Beguelin Henri
Belle Thomas u Carmen
Bellini Luigi u Francesca
Belooussov Oleg, Oxana u binhom (and son)
Benassai Claude
Benda Maggio Alejandro
Benn Frank u żewġ uliedu subien (and two sons)
Bennington Marie (Mrs)
Benstein Wolfgang
Berset Francois
Berset Henri
Besse Yves
Biadacz Waldemar u Marianne
Biancone Sandro u Cinthia
Bidewell Leslie u Dorothy
Bigg Harvey, Elizabeth u binhom (and son)
Bigg Richard
Bion Paul u Veronica
Bionda Adriano

Birchall Jean (Mrs)
Bird Anthony u Elizabeth
Bird Herbert
Bisaschi Luigi
Blagg Bernard u Elizabeth
Blair Donald u Brenda
Blankestijn Cornelis u Elze
Blochwitz Tilman
Blom Boris
Blomeyer Johann u Robina
Bloomer Bertram u Olive
Blumberg David
Boettger Ralf
Bohmer Hartmut
Bol Ferdinand
Bonisch Anna
Bonnett Herbert u Irene
Boomgaard Everardus u Yvonne
Booth Katharina (Ms)
Borg Mary (Mrs)
Borovistski Mickhail, Galina u binthom (and daughter)
Bosma Nicolaas
Botcharov Vladimir, Anna u tliet uliedhom (and three children)
Bourgeois Max
Bowman Peter u Angela
Boyd Donald u Pauline
Bradford Denis u Angela
Bradley Marion (Mrs)
Bricusse Leslie u Yvonne
Bridges William
Briere Georges u Anne Marie
Brink Hendrikus u Margrit
Brioschi Marco
Brissaud Jean Marie u Jocelyne
Brockley James, June u tliet uliedhom (and three children)
Broderick Ronald u Sheila
Bronicki Grzegorz
Brown Mary (Mrs)
Browne Stanley
Brownell Gerald
Brummel Frits u Vemeta

Bryden Margaret (Mrs)
Bunford Margaret (Mrs)
Buonanno Giovanni
Burchell Leonard u Mary
Buscaini Massimo
Butler Alfred u Diane
Butterworth Stanley u Liana

## C

Cailleau Michel
Carmelino Felice
Campbell Joyce (Mrs)
Cao Ke, Li Yuan u binhom (and son)
Capece Minutolo Del Sasso Filippo
Capozzi Alessandro u Leda
Capozzi Enrico u Birgid
Cardin Giancarlo
Carlton William
Carmichael Mary (Mrs)
Carpenter John
Carr David
Carter Andrew, Lara u binthom (and daughter)
Casella Umberto
Caselli Giovanni
Caselton Ronald u Margaret
Casey Terry u Dolores
Casini Gianfranco
Cataldi Lucio u Maria Antonietta
Cattani Loris
Cavallini Armando
Cervinka David
Chaq Chun-Chung u Wai-Seung
Chao Shan Pen, Chao-Liao Yueh Hsiang u tliet uliedhom (and three children)
Chen Chang-Fa u Yu-Lan Shen Hsieh
Chen Yanhua (Ms) u Liu (Mr)
Cheng Hanqunn, Xiao Hu u binhom (and son)
Cheung Chunshing Yukking u żewġ uliedhom (and two children)
Chiarenza Francesco
Chiasson Diane Lillian (Ms)
Christen Benno
Chung Wing Keung, Kit May Kam u binhom (and son)
Clark Janette (Mrs)
Cleland Ronald, Suzanne u binhom (and son)
Cobbe Linda u binha (and son)
Cocco Benito
Cocco Savino u Anna Maria
Cochrane Henrietta (Mrs)
Cockshoot Margaret (Mrs)
Coenen Robert u Gabriele

Cohen Johannes u Birgitta
Cohen Stephane
Coles Rupert u Margaret
Coletti Mario
Collart Johannes u Lamberta
Collins George u Mary
Colomb Lucia (Mrs)
Confalonieri Augusto u Matilde
Connell Raymond u Rosemary
Cooper Simpson Florence (Mrs)
Cope Kenneth u Cleonora
Corbelli Giancarlo
Cordes Hans-Ernst
Corfield John u Agnes
Corker David, Heather u żewġ uliedhom subien (and two sons)
Cottrell Marjorie (Mrs)
Couckuyt Christophe
Cox Theodorus
Coyle Jack
Coyne Derek u Mary Theresa
Cozens Geoffrey
Cran Doris (Mrs)
Crawford Margaret (Mrs)
Critchley Reginald u Barbara
Cromartie Olga (Countess)
Croucamp Phillipus u Veronica
Cullum Sheila (Mrs)
Cumbers Michael, Alicia u binthom (and daughter)

## D

Da-Rin Eric u Naida
Dachkova Tatiana (Ms) u żewġ uliedha (and two children)
Dady Anthony
Dansie Wilfred u Patricia
Davies John
Davies Roger
Davies Thomas u Teresa
Davies William u Elizabeth
Davis James u Marjorie
Davis Stanley u Rita
Dawson Jeanne u Stergiou Antonia (mother-in-law/omm tar-rispett)
De Dryver Bernard Sybille u żewġ uliedhom subien (and two sons)
De Jong Benjamin
De Lajugie Marie u Simone
De Lange Marcus u Josephina
De Martin Giovanni

De Raaf Roelof
De Santis Ennio
De Simone Salvatore
De Waal Lourens u Hansje
De Waard Jan
Deegan Barrie u Franca
Dekhkankhodjayev Sandjar, Shakhzada u erba' uliedhom (and four children)
Dell'Arti Giorgio
Den Dunnen Emile u Renee
Den Heyer Maria (Mrs)
Deng Ke
Denman Annette (Mrs)
Dhom Robert
Dickinson Brian
Dickinson Stanley u Doreen
Dietrich Millicent (Mrs)
Dillon Harry u Janet
Dilworth John
Dini Nevio
Dixon Donald u Jutta
Docherty Audrey (Mrs)
Dodds John
Dominy Edgar u M. Stella
Donada Mona (Mrs)
Donders Antonius
Donkers Johannes u Ehrentraud
Dopf Gerhard
Dorfmann Jacques
Dorokhine Pavel, Nathalia, żewġ uliedhom bniet u ġenituri tar-rispett (two daughters and parents-in-law)
Dressler Hans-Juergen u Renate
Driscoll Frances (Mrs)
Driscoll William u Edith
Drozdov Maxim
Drummond Roderick u Sheila
Du Ming, Mingqin u binhom (and son)
Dudgeon Francis u Daphne
Dunbar Smyth Desmond u Sheila
Dunn Dorothy (Mrs)
Dunning Diana (Mrs)
Durnford Stephen u Marianne
Dutta Sujit, Anju u binhom (and son)

## E

Eagleton William
Earland Robert u Mary
Easterwood Robert u Valkyrie
Edler Rudolf
Edmonds Roger u Barbara
Edmunds Wilfred

Edwards Denis u Barbara
Eichman Alicia (Mrs)
Elia Giovan Piero
Elliott Dougan
Ellis Raymond u Pamela
Engoian Artem u Stella
Ennis Sheila (Mrs)
Etherington-Smith Joan (Mrs)
Etter Saleh u Hekmet
Eussen Albert
Evans John Glenn
Evdokimenko Oleg, Helena u binthom (and daughter)

F

Fenech Robert
Fenley William u Valerie
Ferguson Ellen (Mrs)
Ferri Stefano u Lorenza
Ferrillo Vincenzo
Filatov Stanislav, Irina u binthom (and daughter)
Filin Youri, Tatia u binhom (and son)
Filippeddu Julien
Finsterbusch Monika (Ms)
Fischer Geza
Flanby Sven Erik
Flavi Carlo
Fleming Gordon u Helen
Fletcher John
Ford Nora (Mrs)
Fortuin Hendrick u Eveline
Fosberry Geoffrey u Alda
Fourmanov Alexandre
Fournier Andre u Elizabetta
Fox John u Dorothy
Fox Leslie (Mrs)
Francis Brian u Mary
Frankland Harry u Hilda
Fraser Catherine (Mrs)
Freedman Mary Carmen (Mrs)
Frizzell Floyd u Susan
Furber Gilburta (Mrs)
Furnee Pieter

G

Gachot Bertrand
Galloway Alexander u Joan
Gambier-Parry Elizabeth (Mrs)
Gaul Angela (Mrs)

Gautier Jean-Pierre u Mona
Gavritchkine Valeri, Vera u żewġ uliedhom (and two children)
Geary-Knox Constance (Mrs)
Gelbhauer Michael u Judith
Geraci Antonino u Marcella
Geraghty Philip u Melanie
Gerdes Andreas
Ghadi Abdalla Aboulhakim
Giannakoulopoulos Andreas
Giannotta Giuseppe
Gibson Grace (Mrs)
Glass Malcolm
Gleizes Dewavrin Marie-Amelie (Mrs)
Golfera Andrea
Gorbachev Nicolai, Olga u żewġ uliedhom (and two children)
Goriounov Viatcheslav, Olga u żewġ uliedhom (and two children)
Gordon Agnes (Mrs)
Gorthakov Aleksei, Margarita u erba' uliedhom (and four children)
Goulston Robert u Gillian
Graeff Sebastien
Graf Hans Peter
Graham Isobel (Mrs)
Graham John u Annie
Grammerstorf Peter u Heidrun
Gray Donald u Rita
Gray Faith (Mrs)
Green Alan u Olive
Green George
Green Margaretha (Mrs)
Greenwood Mifanwy (Mrs)
Greig Elizabeth (Mrs)
Grichenkov Serguei u ibnu (and son)
Grieve Michael u Elizabeth
Griffin John
Griggs Eleanor (Mrs)
Groschner Egon u Elisabeth
Grossi Giuseppina (Mrs)
Guan Shenxin, Qingchan u binthom (and daughter)
Guelfi Andre
Guerreschi Mario
Gunnell Leon u Mary
Guo Fuxiong u Jing
Gussenhoven Pieter u Frances
Gwynfryn-Evans Amanda (Miss)
Gwynfryn-Evans Anthony u Jean
Gwynfryn-Evans Stephen

H

Haas Werner u Esther
Hall Kenneth u Alwyn
Halliday Margaret (Mrs)
Hamilton James u Sylvia
Hamilton Stuart u Eileen
Hammond William
Hancher Hazel (Miss)
Hanel Horst u Thelma
Hanney Charles u Isla
Hao Haiyin
Harris Eileen (Mrs)
Harris Eileen Mary (Mrs)
Harris Margaret (Mrs)
Harrison Frank u Gladys
Harty Kevin u Iris
Hasecic Nusret u Mirjana
Haughey Noel u Elizabeth
Hauser Zvonimir
Hawkins James
Haye Leonard
Heath Craig
Heidendahl Johann
Herbert Michael
Heslop Elizabeth (Mrs)
Hessel Charles
Hewitt Joseph
Hicks Leonard
Hilger Monika (Ms)
Hill Olivette (Mrs)
Hill Ronald
Hill Ronald u Gladys
Hillman David u Mary
Hills Mervyn, Caroline u tliet uliedhom (and three children)
Hillwood Philip u Heather
Hinchliffe Ronald u Eileen
Hirschbuhl Susanne (Mrs)
Ho Kai Alice u binthom (and daughter)
Hobein Gunter u Gisela
Hobson Neil u Patricia
Hodgson Arnold u Selina
Hodson George u Lorraine
Hoehn Thierry u Hilde
Holland Andrew, Deborah u żewġ uliedhom (and two children)
Holland Lorna (Mrs)
Holliger Carl
Hood David u Jacqueline
Hooper Denis
Horatsch Elfriede (Miss)

Houtzaager Adrianus u Geertje
Howard Ingwelda (Mrs)
Howell John
Hsu Lin-Yun Teh-Hui u Hsia Su-Ching
Hu Guihua Yaning u binhom (and son)
Huang Shunchao, Deng u binthom (and daughter)
Huang Zhangmao u Su!ijun
Huckelheim Wolfgang
Hudson Charles u May
Huen Hung Sheung, erba' wlied, omm missier tar-rispett u omm tar-rispett (four children mother, father-in-law and mother-in-law)
Huetten Wilfried
Hughes Clarke Michael u Cynthia
Humphrey Gordon u Hazel
Hunter James
Hunter Robert
Huntley Angela (Mrs)
Huskisson Constance (Mrs)
Hutt Clive Cathryn u binhom (and son)
Hutt Eric u Jadwiga
Hurley John
Huy Johannes, Jeannette u żewġ uliedhom (and two children)

I

Ibraguimov Chamsoutdin Aida u żewġ uliedhom bniet (and two daughters)
Ibraguimov Said Alla u żewġ uliedhom (and two children)
Illingworth Ann (Mrs)
Inbar Michael
Ingen Housz Maarten
Isabella Giovanni
Israelachvili Mordechai, Doris u żewġ uliedhom (and two children)
Issaeva Viktoria (Ms)
Ivanov Edouard, Galina u binhom (and son)
Ivantsov Eugueni, Lilia u binhom (and son)

J

Jack Patricia (Mrs)
Jackson Bridget (Mrs)
Jackson Leonard u Cynthia
Jackson Peter
Jakober Benedict u Marie Claire
James John u Lilian
James Margaret (Mrs)

Jans Nicolaas, Jeltje u binthom (and daughter)
Janssen Adrianus
Janssen Adrianus u Edith
Jeffrey Manfred u Doris
Jenkins Harold
Jennings Roger u Lilian
Jezek Umberto
Jia Minsheng, Liu Shangxian u binthom (and daughter)
Johnen Wilhelm, Ute u binthom (and daughter)
Johnson Kenneth u Daniele
Jolly Robert u Josette
Jones Derek u Patricia
Jones Frank u Betty
Jones Sarah (Mrs)
Jordan Helmuth u Elisabeth
Jost Hans-Gerhard
Jovanovic Vuk u ommu (and mother)
Joyce Ellen (Mrs)
Judd Cynthia (Mrs)
Jump Michael

K

Kachirski Anatoli, Irina u żewġ uliedhom (and two children)
Kahn Donald u Alberta
Kaltenegger Helmut
Kandler Richard u ibnu (and son)
Kanters Bastiaan
Karas Ilia
Katzensteiner Johann u Christa
Kean Isabella (Mrs)
Kellermann-Hubner Marlene (Ms)
Kelly Desmond u Hilda
Kelly Michael u Elizabeth
Kemmere Henricus u Isabella
Kendall Robert u Violet
Kenny Charles
Kern Leonhard
Khatchadourian Harout
Kirk Terence u Donna
Kirkpatrick Margaret (Mrs)
Kirpestein Jan u Dina
Kitsch William u Edith
Klokov Alexei u Lioudmila
Knabenhans Balz
Kobylanski Tadeusz
Koch Frank Xavier u Margaret
Koch Frantisek
Kocher Beat

Kohler Siegfried
Komissarchuk Yury u Yulina
Konzet Hjalmar
Kopp Helmut u Gisela
Kopsch Joachim u Marianne
Koptchenkov Konstantin u Elena
Kopylov Roudolf u Evgenia
Korfan Jeanine (Mrs)
Kourychev Alexandre
Kozitsyn Alexandre, Elena u binhom (and son)
Kozlov Andrew, Irena u żewġ uliedhom (and two children)
Krauchi Werner
Kremer Albert u Geertruida
Krieckaert Leonardus u Henrica
Krohne Marcel
Kunzel Otto u Aileen

L

Lagerweij Lambertus u Johanna
Lamanna Rino u Antonietta
Langeraar Adrianus
Langley Faye (Mrs)
Lasselsberger Josef
Lavino Ermanno u Giulia
Lawar Karl
Lazzolo Leila (Mrs)
Lee Nicholas u Mercedes
Leete Denis u Peggy
Lehmann Isabelle (Ms)
Lehmann Lutz u Eva-Maria
Lensi Orlandi Cardini Gaddo
Lewis Ross
Li Bin (Ms), Chen Yong u żewġ uliedhom subien (and two sons)
Li Li, Dan u binthom (and daughter)
Li Qingyun, Yang Huili u binhom (and son)
Li Zheng, Huang He u binhom (and son)
Liore Sergio
Liou Chii Jieh, Liu Ho Li-Chu u binhom (and son)
Liu Hanbiao, Jingli u binthom (and daughter)
Liu Jun
Liu Zhanxin, Huang Yan u l-ġenituri (and parents)
Liverani Gian Pietro
Logatchev Serguei Larissa u żewġ uliedhom (and two children)
Lu Xinxian, Wang Ruifang u żewġ uliedhom (and two children)