

# REPUBBLIKA TA' MALTA

Lil Marixxal tal-Qrati

BILLI b'digriet moghti minn din il-Qorti fil- ____ ta' Settembru, 1998 fuq talba tal- Kama ll Shipping Co. Ltd et gie ordnat li jintaghazlu kuraturi deputati biex jirraprezentaw lill- Stanislav Nikotov et fl-atti rel-Inibizju fl-ismijiet Kama shipping Co. Ltd er vs Kuraturi Deputati u fl-atti l-ohra relattivi u sussegwenti.

Int ghaldaqstant ordnat li twahhal kopja ufficjali ta' dan il-bandu fid-dahla ta' din il-Qorti Superjuri u sejjah b'dan lil kull min irid jidhol bhala kuratur biex jidher fi zmien sitt ijiem f'dan ir-Registru u jaghmel b'nota d-dikjarazzjoni illi huwa jidhol ghal dan.

Int ordnat ukoll li tgharraf lil kull wiehed illi jekk ma jaghmilx din id-dikjarazzjoni fiz-zmien fuq moghti, din il-Qorti tghaddi biex taghzel Kuraturi ta' l-Ufficcju.

U wara li tkun ghamilt dana, jew jekk tiltaqa' ma' xi xkiel fl-esekuzzjoni ta' dan il-bandu, inti ghandek tgharraf minnufih lil din il-Qorti.

Moghti mill-Qorti Civili Prim'Awla hawn fuq imsemmija bix-xhieda ta' Onor Giho Camilleri LL.D Duttur tal-Ligi Imhallef

Illum 24 ta' Settembru 98'

Certified that this is a true copy made by us of the original Document

Date: Ganado & Associates Advocates
13/06/2007

VERA KOPJA FOTOGRAFIKA
REGISTRATUR

*Mahlura kopja fin-notice board*

*tat-Qorti f.t 28/9/98*

Il-jum **20-10-98**

Ngħid u niżgura li ma nnotifikajtx lil
Evgueni Filatov
b'kopja ta' Banda n.titlas
billi meta fi 20/10/98
mort fi indirizz moghti Ta L-ebrag
M.U Fetit Kadu
u b'dan gharraft permezz ta' Ittra lil DR/PL

Il-jum **14/10/98**

Ngħid u niżgura li ma nnotifikajtx lil
Evgueni Filatov
b'kopja Bondi Q.H
billi... 4616
Unclaimed

Certified that this is a true
copy made by us of the
original Document

M. Fiell

Date:   Ganado & Associates
        Advocates
13/06/2007

*Exhibit JA*

TRANSLATION

"Banns For the Appointment of a Curator

"The Republic of Malta

"To – the Court Marshall

"Following the court decree of this court dated September 1998 issued on a request of Kama II Shipping Co Ltd et it was ordered that deputy curators be chosen to represent Stanislav Filatov et in the Warrant of Prohibitory Injunction Proceedings in the names "Kama Shipping Co Ltd et vs Deputy Curators" and in all other proceedings related and subsequent to these.

"You are therefore being order to affix an official copy of these banns (Notice) in the entrance to this court and to call upon anybody who desires to act as curator to appear within 6 days at the Court Registry and file a minute (note) containing his declaration that he/she intends to take on this role.

"You are also ordered to inform everybody that if this declaration is not done in the aforestated time, this Court will proceed and appoint a curator of office.

"Once you carry this out, or of you meet any obstacles in the execution of these banns, you should inform this court immediately.

"Given by the First Hall of the Civil Court
"Per Mr Jutice Gino Camilleri
"Today 24th September 1998."

*I confirm on oath that this a faithful translation into English of the original version in Maltese.*

*M. Firman*
*Legal Procurator Madeleine Firman*
*ID 478751(?)*

*COURTS OF JUSTICE - MALTA*
*SIGNED AND SWORN BEFORE ME*
*DAY OF 23rd June 2004*
*R. M. VELLA*
*Commissioner for Oaths*

"I affixed a copy (of the Notice) in the Court Notice Board on the 28th September 1998.


"Today 20th October 1998.
"I state and confirm that I did not notify Evgueni Filatov with a copy of the Banns (Notice) and the application because when on the 20th October 1998 I attended at the indicated address at Ta' l-Ibraġġ nobody opened …
Signature illegible


"Today 14th October 1998
"I state and confirm that I did not notify Evgueni Filatov with a copy of the Banns (Notice) and the application by post because 4616 unclaimed …
Signature illegible