Exhibit 4

Certified that this is a true copy made by us of the original Document

M. Fikun

Date: 13.06.07

Ganado & Associates Advocates

Ikun jaf kulħadd illi b'digriet ta' l-24 ta' Settembru 1998, il-Qorti Ċivili Prim Awla ordnat il-pubblikazzjoni tal-bandu li jidher hawn taħt għall-finijiet ta' l-artikolu 931(3) tal-Kodiċi ta' Organizzazzjoni u Proċedura Ċivili, (Kap. 12).

Bandu għall-kuraturi

REPUBBLIKA TA' MALTA

Lill-Marixxal tal-Qorti

BILLI b'digriet mogħti minn din il-Qorti fl-24 ta' Settembru 1998, fuq talba ta' Kama 11 Shipping Co Ltd, Antarus Shipping Co Ltd, Ferrum Shipping Co Ltd u Eridan Shipping Ltd ġie ordnat li jintgħażlu Kuraturi Deputati biex jirrappreżentaw lill-assenti Stanislav Filatov u martu Irina Filatova fl-atti tal-mandat ta' inibizzjoni fl-ismijiet Kama II Shipping Co Ltd et vs Kuraturi Deputati sabiex jirrappreżentaw lill-assenti Stanislav Filatov u Irina Filatova mart l-istess Stanislav Filatov u fl-atti l-oħra relattivi u sussegwenti.

*Permezz ta' Rikors ippreżentat fil-Prim Awla tal-Qorti Ċivili fit-18 ta' Settembru 1998 mis-Soċjetajiet Kama II Shipping Co Ltd, Antarus Shipping Co. Ltd, Ferrum Shipping Co. Ltd u Eridan Shipping Ltd kontra l-intimati Stanislav Filatov iben Viktor u Alevtina neè Dubovicova, imwieled Nighni Novgorod, Russia, preżentement residenti l-Istati Uniti ta' l-Amerika u għandhu passaport Russu 210494276 u l-karta ta' l-identità Maltija 001112(a) u l-assenti Irina Filatova mart Stanislav Filatov, bint Alexander Veronin u Faina neè Kurova, imwielda Rostov-n-Don, Russia, preżentement residenti fl-Istati Uniti ta' l-Amerika u li għandha passport Russu bin-numru 210696728 fejn talbu:*

*Għall-Ħruġ ta' Mandat ta' Inibizzjoni kontra l-intimat sabiex jinżamm milli jbiegħ, ineħħi, jittrasferixxi jew jiddisponi inter vivos jew b'titolu onerus jew gratuitu xi proprjetà u b'mod partikolari l-Villa semi-detached bl-isem 'ECHUCA' già 'The Valley Ville' mingħajr numru, fi Triq tal-Franċiż Ta' l-Ibraġġ, Saint Andrews limiti ta' San Ġiljan/Birkirkara sabiex jiġi kawtelat il-kreditu ta' sitt mitt elf Lira Maltija (Lm600,000) flus dovuti bħala rimbors lis-soċjetajiet rikorrenti li ġew misapproprijati mill-intimat Stanilslav Filatov a vantaġġ ta' l-intimati u ta' membri oħra tal-familja ta' l-intimati.*

Inti għaldaqstant ordnat li twaħħal kopja uffiċjali ta' dan il-bandu fid-daħla ta' din il-Qorti Superjuri, u ssejjaħ b'dan lil kull min irid jidħol bħala kuratur biex jidher fi żmien sitt ijiem f'dan ir-Reġistru u jagħmel b'nota d-dikjarazzjoni illi huwa jidħol għal dan.

Inti ordnat ukoll li tgħarraf lil kull wieħed illi jekk ma jagħmilx din id-dikjarazzjoni fi żmien fuq mogħti, din il-Qorti tgħaddi biex tagħżel kuraturi ta' l-uffiċċju.

It is hereby notified that by a decree of the 24th September 1998 the First Hall of the Civil Court, has ordered the publication of the bann which appears hereunder for the purposes of section 931(3) of the Code of Organisation and Civil Procedure, Chapter 12.

Bann for curators

REPUBLIC OF MALTA

To the Marshal of The Court

WHEREAS by decree given by the Court on the 24th September 1998, on request of Kama II Shipping Co. Ltd, Antarus Shipping Co. Ltd, Ferrum Shipping Co. Ltd and Eridan Shipping Ltd it was ordered that Deputy Curators be chosen to represent Stanislav Filatov and his wife Irina Filatova in the records of the warrant of Prohibitory Injunction in the names Kama II Shipping Co Ltd et vs Stanislav Filatov et. and in other relative and subsequent acts.

*By means of an application filed in the First Hall of the Civil Court on the 18th September 1998 the Companies Kama 11 Shipping Co. Ltd, Antarus Shipping Co. Ltd, Ferrum Shipping Co. Ltd and Eridan Shipping Ltd against the respondent Stanislav Filatov son of Viktor and Alevtina neè Dubovicova born in Nighni, Novgorod, Russia presently residing in the United States, Russian Passport 210494276 and Maltese Idenity Card 001112(a) and the absent Irina Filatova wife of Stanislav Filatov daughter of Alexander Veronin and Faina neè Kurova born in Rostov-n-Don Russia, presently residing in the United States of America having Russian Passport Number 210696728.*

*For the issuing of a Warrant of prohibitory Injunction against the respondent so that he be prohibited from selling, alienating, transferring or disposing 'inter vivos' or by onerous or gratutious title any property and in particular the villa semi-detached with the name 'ECHUCA' previously 'The Valley Ville' without number in Tal-Franċiż Street, Tal-Ibraġġ, Saint Andrew's limits of Saint Julian's /Birkirkara so that their be cautioned the credit of six hundred thousand Maltese liri (Lm600,000) money due as reimbursement to applicant companies which were misappropriated by respondent Stanislav Filatov to the advantage of respondents and their families.*

You are therefore ordered to affix an official copy of this bann in the lobby of this Superior Court and to summon whosoever wishes to act as curator to appear before this Registry within six days, and by means of a minute to submit a declaration that he wishes so to act.

You are also ordered to inform each one that if he fails to make this declaration within the stipulated time, this Court will proceed to the selection of curators of office.