# Isehh terremot iehor fil-belt ta' Armenia fil-Kolombja

● L-awtoritajiet Kolombjani qalu li kmieni l-bieraħ inħass terremot ieħor fil-belt ta' Armenia. Kelliem għall-Istitut Sismoloġiku Nazzjonali qal li dan it-terremot kellu qawwa ta' 3.9 fuq l-Iskala Richter. Fortunatament dan it-terremot ma kkawża l-ebda imwiet jew ħsara fil-propjetà.

[illegible] ta' dan it-terremot kien f'[illegible] li jinsab [illegible] barra minn [illegible] belt li sofriet dan[illegible] ta' [illegible] it-terremot li sehh [illegible] ghadda u li qatel mill-inqas 972 persuna. Minkejja li dan it-terremot ma kkawża l-ebda ħsara, ir-residenti ta' din il-belt ipponikkjaw.

[illegible] it-terremot kien wiehed minn 37 wiehed li [illegible] dan [illegible] [illegible]

[illegible] ċittadini, minkejja li [illegible] ta' l-armata sabiex [illegible] il-belt ta' Armenia, residenti bagħgħu jattakkaw [illegible] ta' l-għajnuna u supermarkets biex jisirqu provvisti ta' [illegible].

[illegible] ta' nies attakkaw [illegible] ta' l-għajnuna ta' l-organizzazzjoni internazzjonali tas-Salib l-Aħmar li jinsab fit-Tramuntana ta' din il-belt. Minn dan il-post [illegible] jisirqu ikel, [illegible] u ilbies.

[illegible] tal-belt ta' Armenia kien hemm kaos kbir wara li l-pulizija [illegible] li ma tistax tikkontrolla aktar sitwazzjoni li f'dawn l-aħħar jiem iggravat ħafna.

Minkejja li bdew jitqassmu l-ewwel provvisti ta' l-ikel lir-residenti ta' din il-belt, ħafna mill-vittmi ta' dan it-terremot sostnew li din l-għajnuna ma kinetx waħda sufficjenti.

Suldati ta' l-armata Kolumbjana jgħassu għadd ta' ċittadini tal-belt ta' Armenia li nqabdu jisirqu mill-ħwienet.

Wieħed mir-residenti ta' din il-belt, Javier Lopez, qal li huma qed jisirqu l-ikel biex jitimgħu lill-familji tagħhom. Hemm oħrajn iżda li qed jisirqu l-ikel biex ikunu jistgħu ibiegħuh.

Għadd ta' residenti attakkaw grupp ta' suldati li ppruvaw iżommuhom milli jisirqu minn ħanut ta' l-ikel. Is-suldati irritaljaw billi sparaw il-gass tad-dmugħ biex iferrxu l-folla li issuttahom bil-flexxen.

Uffiċjali tas-sigurtà qalu li kienu taw struzzjonijiet lill-membri ta' l-armata biex kemm jista' jkun jevitaw li jidħlu f'konfrontazzjoni mar-residenti tal-belt ta' Armenia.

Il-kurunell ta' l-armata Edgar Espinosa qal li din ma kinetx anarkija iżda stat ta' disperazzjoni kbira. Dawn in-nies kienu tilfu kull ma kellhom f'dan it-terremot u għalhekk qed iħossu frustrazzjoni kbira. – (Reuters)

# Ma tintlaqax talba biex ikun xolt il-ġuri ta' Clinton

● Is-Senat Amerikan ma laqax proposta li tressqet mis-Senaturi Demokratiċi biex ikun xolt il-ġuri tal-President Clinton, li jinsab akkużat li xehed falz u li fixkel il-kors tal-ġustizzja biex jgħatti r-relazzjoni tiegħu ma' l-ex impjegata tal-White House Monica Lewinsky.

Minkejja li tqajjmu diversi oġġezzjonijiet mid-Demokratiċi, is-Senaturi Repubblikani approvaw kif se jitkompla l-ġuri.

Nhar it-Tnejn, is-senaturi se jisimgħu x-xiehda irrekordjata ta' Monica Lewinsky, Vernon Jordan (ħabib kbir ta' Clinton) u Sidney Blumenthal (konsulent tal-White House).

Is-Senat imbagħad irid jiddeċiedi jekk it-tliet xiehda għandhomx jixhdu quddiem is-senaturi u jekk ix-xiehda tagħhom għandhiex tiġi mxandra fuq l-istazzjonijiet tat-televiżjoni.

Is-Senaturi Repubblikani qed ipprovaw itemmu dan il-ġuri sat-12 ta' Frar li ġej.

Il-kelliem tal-White House Jim Kennedy ikkritika lis-Senaturi Repubblikani għall-mod kif naqsu li jilħqu konsensus mad-Demokratiċi dwar kif għandu jkompli l-ġuri ta' Clinton.

Kennedy qal li filwaqt li jidher ċar li s-senaturi Repubblikani m'għandhomx l-appoġġ meħtieġ biex itemmu l-presidenza ta' Bill Clinton, huma għandhom il-vot meħtieġ biex jestendu aktar dan il-ġuri.

Il-mexxej tal-grupp Demokratiku fis-Senat Tom Daschle ingħata l-poter li jżomm il-prosekuturi milli jitolbu s-smiegħ ta' aktar xiehda.

Filwaqt li fakkru li l-anqas il-poplu ma wera interess f'dan il-ġuri, is-Senaturi Demokratiċi appellaw lir-Repubblikani biex itemmu l-proceduri malajr kemm jista' jkun. – (Reuters)

## AVVIŻ TAL-QORTI

[illegible] ta' l-24 ta' Settembru 1998, il-Qorti Ċivili Prim Awla ordnat il-pubblikazzjoni tal-bandu li jidher hawn taħt għall-finijiet ta' l-artikolu 931(3) tal-Kodiċi ta' Organizzazzjoni u Proċedura Ċivili, (Kap. 12).

Bandu għall-kuraturi

**REPUBBLIKA TA' MALTA**

Lill-Marixxall tal-Qorti

B'ordni mogħti minn din il-Qorti fl-24 ta' Settembru 1998, fuq talba ta' Kama II Shipping Co. Ltd, Antarus Shipping Co. Ltd., Fermum Shipping Co Ltd u Eridan Shipping Ltd gie ordnat li jinnominaw Kuraturi Deputati biex jirrapreżentaw lill-assenti Stanislav Filatov u martu Irina Filatova fl-atti tal-mandat ta' inibizzjoni [illegible] Kama II Shipping Co Ltd et vs Kuraturi Deputati sabiex jirrapreżentaw lill-assenti Stanislav Filatov u Irina Filatova mart [illegible] Stanislav Filatov u [illegible] relattivi u susegwenti.

*Fermezz ta' Rikors ippreżentat fil-Prim Awla tal-Qorti Ċivili fit-18 ta' Settembru 1998 mis-Soċjetajiet Kama II Shipping Co Ltd, Antarus Shipping Co. Ltd., Fermum Shipping Co. Ltd. u Eridan Shipping Ltd kontra [illegible] Stanislav Filatov bin Viktor u Algvtina nee Dubovicova, imwieled [illegible] Novgorod, Russja, preżentament residenti l-Istati Uniti ta' l-Amerika u għandu passaport Russu 210454278 u l-karta ta' l-identità Maltija [illegible] passaport Irina Filatova mart Stanislav Filatov, bint Alexander Veronin u Faina nee Kurova, imwielda Rostov-N-Don, Russja, preżentament residenti fl-Istati Uniti ta' l-Amerika u li għandha passaport Russu [illegible] 21C596728 talbu:*

*Għal-Hrug ta' Mandat ta' inibizzjoni kontra l-intimati sabiex jinżammu milli [illegible], jittrasferixxu jew jiddisponu inter vivos jew b'titolu oneruż jew gratuitu il-propjetà [illegible] l-Villa semi-detached bl-isem "ECHUCA" fi "The Valley Road" [illegible] numru, fi Triq tal-Franċiż Ta' l-Ibraġġ, Saint Andrews [illegible] San Ġiljan [illegible] kawtelat il-kreditu [illegible] Lira Maltija (Lm500,000) flus dovuti bħala nimbors fis-soċjetajiet [illegible] jew misappropriati mill-intimat Stanislav Filatov a vantaġġ [illegible] u ta' membri oħra tal-familja ta' l-intimati.*

[illegible] ordnat li [illegible] uffiċjali ta' dan il-bandu [illegible] tal-Qorti Superjuri [illegible] li jkun [illegible] Kuraturi biex [illegible] f'dan ir-Reġistru u jagħmel b'nota d-dikjarazzjoni [illegible] għal dan.

[illegible] wieħed [illegible] jekk ma jagħmilx din id-dikjarazzjoni [illegible] din il-Qorti tgħaddi biex tagħżel kuraturi [illegible].

[illegible] jekk [illegible] it-tlieta' [illegible] ta' [illegible] din il-Qorti.

[illegible] Qorti Ċivili Prim Awla [illegible] tal-Qorti hawn fuq [illegible].

Illum, 24 ta' Settembru 1998.

Reġistru tal-Qorti Superjuri illum 14 ta' Jannar 1999.

Dr FRANK PORTELLI LL.D.
Deputat Reġistratur

# Twieghed il-koperazzjoni taghha

● Il-Kummissjoni Ewropea ħabbret li se tikkopera mal-kumitat li twaqqaf it-tokter kmieni din il-ġimgħa biex tinvestiga allegazzjonijiet ta' frodi mwettqa mill-eżekuttiv ta' l-Unjoni Ewropea. Il-kummissarju Marcelino Oreja, li hu nkarigat mill-kwistjonijiet istituzzjonali, qal li l-uffiċjali tal-Kummissjoni Ewropea se jkunu awtorizzati jikkoperaw bis-sħiħ mal-kummissjoni li qed twettaq l-investigazzjoni.

Il-Parlament Ewropew nhar l-Erbgħa ħabbar it-twaqqif ta' kummissjoni li se tinvestiga allegazzjonijiet ta' frodi imwettqa minn uħud mill-kummissarji tal-Kummissjoni Ewropea. – (Reuters)

# L-inkjesta ta' l-aċċident li fih mietet Diana

● Il-maġistrati Franċiżi Herve Stephan u Marie-Christine Devidal temmew l-inkjesta fuq l-aċċident tat-traffiku li 17-il xahar ilu kien ikkawża l-mewt tal-Prinċipessa Diana f'Parigi. Minħabba l-esiġenzi proċedurali iżda ż-żewġ maġistrati mhux se jħabbru qabel xahrejn oħra min hu verament responsabbli għal dan l-aċċident u jekk hemmx il-ħtieġa ta' ġuri biex jingħalaq dan il-każ.

L-inkjesta ngħalqet wara li ż-żewġ maġistrati reġgħu interrogaw disa' fotografi u sewwieq ta' mutur ta' aġenzija fotografika. Il-pulizija kienet arrestathom fuq suspett li kkawżaw dan l-aċċident u li naqsu li jgħinu lill-vittmi. – (Reuters)

# Irid waqfien tal-glied fil-Lvant ta' Timor

● Xanana Gusmao (ritratt), il-mexxej tar-ribelli li qed jiġġieldu għall-indipendenza tal-Lvant ta' Timor mingħand l-Indoneżja, appella biex ikun hemm waqfien tal-ġlied f'dan it-territorju. Hu għamel dan l-appell wara li l-Indoneżja ħabbret li qed tikkonsidra tagħti l-indipendenza lil Lvant ta' Timor.

Hu qal lill-ġurnalisti li l-armata Indoneżjana għandha tnaqqas il-preżenza tagħha f'dan it-territorju. Fil-kwartieri ġenerali tal-Ġnus Magħquda bħalissa qed jinżammu taħditiet bejn ir-rappreżentanti tal-Portugall u l-Indoneżja dwar il-futur tal-Lvant ta' Timor. – (Reuters)

# Medjazzjoni mill-UE fil-Lvant Nofsani

● Il-Ministru ta' l-Affarijiet Barranin Ġermaniż Joschka Fischer se jżur il-Lvant Nofsani bejn l-10 u l-14 ta' Frar bħala parti mill-medjazzjoni li l-UE qed twettaq biex il-proċess ta' paċi bejn l-Iżraeliti u l-Palestinjani ma jibqax staġnat kif inhu bħalissa.

Aktar kmieni din il-ġimgħa uffiċjali għolja Palestinjani qalu li Arafat lest li jipposponi d-dikjarazzjoni tal-ħolqien ta' stat Palestinjan jekk l-Istati Uniti u l-UE jirrikonoxxu stat ġdid Palestinjan u l-Iżraeliti jaċċettaw ċerti kundizzjonijiet. – (Reuters)

# Jghalqu l-fruntiera ta' Spanja ma' Gibiltà

● Il-kwistjoni diplomatika bejn Spanja u l-Ingilterra fuq id-drittijiet tas-sajd barra l-kosta ta' Ġibiltà kompliet taggrava wara li s-sajjieda Spanjoli għalqu l-uniku aċċess għal din il-kolonja Ingliża.

Ir-rappreżentant tal-Gvern Spanjol tal-provinċja ta' Andalusia appella lis-sajjieda biex ma joħorġux jistadu fl-ibħra territorjali ta' Ġibiltà u b'hekk jevitaw konflitt mal-pulizija ta' din il-kolonja Ingliża.

Il-Gvern Spanjol qal lill-Ingilterra li għandu sal-lum sabiex jgħid li se jonora ftehim verbali li kien intlaħaq f'Ottubru li għadda bejn iż-żewġ naħat biex is-sajjieda Spanjoli jkunu jistgħu jistadu barra l-kosta ta' Ġibiltà. – (Reuters)

OR
PIZZA
PASTA
ON
FRIDAYS
SATURDAYS
& SUNDAYS
for only
Lm1·85
choose from
12 pizza varieties
and 12 pasta dishes
prepared by our
NEW CHEFS
ALSO FOUR COURSE
SUNDAY LUNCH
Lm2.75
Vines
RESTAURANT

St. George's Rd., St. Julians. (Next to Mid-Med Bank Ltd.) Tel: [illegible]

Certified that this is a true copy made by us of the original Document

Date: Ganado & Associates Advocates

copy made by us of the original Document

Date: Ganado & Associates Advocates