Logoff   Contact Us   About   |   MS. Bernice Cutajar (LGGAN001)

## Company Details

**Accounts**
Change Password
Edit User Registration
Top Up Your Account
Balance Details
Change Account
Add link to Company
Register Certificate

**Status**
Name Reservation Status

**Public**
Free Company Name Check
Official Registry Forms
New Online Services
Published Files
Publications

**Searches**
Company Search
Search Involvements
Reserved Names Search

**Online Filing**
Name Reservation

| | |
|---|---|
| Registration No. | C 18129 |
| Company Name | KAMA II SHIPPING CO LTD |
| Registration Date | Mar 29, 1995 |
| Registered Office | 60, SOUTH STREET, |
| City/Locality | VALLETTA |
| Country | MALTA |

Company Details   Authorised Shares   Involved Parties   Documents

Logoff    Contact Us    About    |    MS. Bernice Cutajar (LGGAN001)

**Accounts**
Change Password
Edit User Registration
Top Up Your Account
Balance Details
Change Account
Add link to Company
Register Certificate

**Status**
Name Reservation Status

**Public**
Free Company Name Check
Official Registry Forms
New Online Services
Published Files
Publications

**Searches**
Company Search
Search Involvements
Reserved Names Search

**Online Filing**
Name Reservation

Involvements

Registration No. C 18129

### Directors(2)

| Involved Party | Address | Nationality |
|---|---|---|
| BORIS APOURINE 411571116 | 11 ORDZONIKIDZE STREET GRP 204 PERM RUSSIAN FEDERATION | RUSSIAN |
| TODOR HRISTOV VASSILEV K3954248 | ENGIN APT. 4/4, CAMLI SOKAK, SUADYIE, KADIKOY, ISTANBUL TURKEY | BULGARIAN |

### Shareholders(2)

| Involved Party | Address | Nationality |
|---|---|---|
| ERIDAN SHIPPING LTD C 14646 | 60, SOUTH STREET VALLETTA MALTA | |

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 499 | 20.0 | 1.00 |

| Involved Party | Address | Nationality |
|---|---|---|
| STANISLAV FILATOV 21494276 | ECHUCA TRIQ TAL-FRANCIZ SWIEQI MALTA | RUSSIAN |

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 1 | 20.0 | 1.00 |

Company Details   Authorised Shares   Involved Parties   Documents

Logoff    Contact Us    About    |    MS. Bernice Cutajar (LGGAN001)

**Accounts**
Change Password
Edit User Registration
Top Up Your Account
Balance Details
Change Account
Add link to Company
Register Certificate

**Status**
Name Reservation Status

**Public**
Free Company Name Check
Official Registry Forms
New Online Services
Published Files
Publications

**Searches**
Company Search
Search Involvements
Reserved Names Search

**Online Filing**
Name Reservation

## Company Details

| | |
|---|---|
| Registration No. | C 20122 |
| Company Name | ANTARUS SHIPPING CO LTD |
| Registration Date | May 13, 1996 |
| Registered Office | 60 SOUTH STREET |
| City/Locality | VALLETTA |
| Country | MALTA |

Company Details    Authorised Shares    Involved Parties    Documents

Logoff    Contact Us    About    |    MS. Bernice Cutajar (LGGAN001)

**Accounts**
Change Password
Edit User Registration
Top Up Your Account
Balance Details
Change Account
Add link to Company
Register Certificate

**Status**
Name Reservation Status

**Public**
Free Company Name Check
Official Registry Forms
New Online Services
Published Files
Publications

**Searches**
Company Search
Search Involvements
Reserved Names Search

**Online Filing**
Name Reservation

Involvements

Registration No. C 20122

### Directors(5)

| Involved Party | Address | Nationality |
|---|---|---|
| BORIS APOURINE 411571116 | 11 ORDZONIKIDZE STREET GRP 204 PERM RUSSIAN FEDERATION | RUSSIAN |
| BEHZAT ESINDUY | FLAT 5, GARDIOLA COURT, REGGIE MILLER STREET, GZIRA MALTA | TURKISH |
| LEONID IOUGOV | 11 ORDZONIKIDZE STR. GRP 204 PERM RUSSIAN FEDERATION | |
| IOURI PODOLIAK 411572745 | C/O 60 SOUTH STREET VALLETTA MALTA | RUSSIAN |
| TODOR HRISTOV VASSILEV | C/O 60 SOUTH STREET VALLETTA MALTA | RUSSIAN |

### Shareholders(6)

| Involved Party | Address | Nationality |
|---|---|---|
| KAMA RIVER SHIPPING COMPANY | 11 ORDZONIKIDZE STREET GRP 204 PERM RUSSIAN FEDERATION | |

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 410 | 20.0 | 1.00 |

| Involved Party | Address | Nationality |
|---|---|---|
| SOCIETE CHAPUIS ETRANGER | BARCYLAYTRUST (SUISSE) S.A. 8 RUE D'ITALIE CH 1704 GENEVA SWITZERLAND | |

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 40 | 20.0 | 1.00 |

| Involved Party | Address | Nationality |
|---|---|---|
| BORIS APOURINE 411571116 | 11 ORDZONIKIDZE STREET GRP 204 PERM RUSSIAN FEDERATION | RUSSIAN |

02/07/2007 15:23    0035621225908        GANADO & ASSOCIATES                PAGE 06
Case 1:07-cv-06347-HB   Document 9-13   Filed 09/19/2007   Page 5 of 11
involvementList                                                        Page 2 of 2

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 5 | 20.0 | 1.00 |

| Involved Party | Address | Nationality |
|---|---|---|
| STANISLAV FILATOV 21494276 | ECHUCA TRIQ TAL-FRANCIZ SWIEQI MALTA | RUSSIAN |

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 30 | 20.0 | 1.00 |

| Involved Party | Address | Nationality |
|---|---|---|
| LEONID IOUGOV | 11 ORDZONIKIDZE STR. GRP 204 PERM RUSSIAN FEDERATION | |

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 5 | 20.0 | 1.00 |

| Involved Party | Address | Nationality |
|---|---|---|
| VADIM VORONINE | 12 - 22 ULIANOV STREET KRASNOJARSK RUSSIAN FEDERATION | |

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 10 | 20.0 | 1.00 |

Company Details   Authorised Shares   Involved Parties   Documents

Logoff   Contact Us   About   |   MS. Bernice Cutajar (LGGAN001)

## Accounts
Change Password
Edit User Registration
Top Up Your Account
Balance Details
Change Account
Add link to Company
Register Certificate

## Status
Name Reservation Status

## Public
Free Company Name Check
Official Registry Forms
New Online Services
Published Files
Publications

## Searches
Company Search
Search Involvements
Reserved Names Search

## Online Filing
Name Reservation

### Company Details

| | |
|---|---|
| Registration No. | C 20121 |
| Company Name | FERRUM SHIPPING CO LTD |
| Registration Date | May 13, 1996 |
| Registered Office | 60, SOUTH STREET, |
| City/Locality | VALLETTA |
| Country | MALTA |

Company Details   Authorised Shares   Involved Parties   Documents

Logoff    Contact Us    About    |    MS. Bernice Cutajar (LGGAN001)

**Accounts**
Change Password
Edit User Registration
Top Up Your Account
Balance Details
Change Account
Add link to Company
Register Certificate

**Status**
Name Reservation Status

**Public**
Free Company Name Check
Official Registry Forms
New Online Services
Published Files
Publications

**Searches**
Company Search
Search Involvements
Reserved Names Search

**Online Filing**
Name Reservation

Involvements

Registration No. C 20121

### Directors(5)

| Involved Party | Address | Nationality |
|---|---|---|
| BORIS APOURINE 411571116 | 11 ORDZONIKIDZE STREET GRP 204 PERM RUSSIAN FEDERATION | RUSSIAN |
| BEHZAT ESINDUY | FLAT 5, GARDIOLA COURT, REGGIE MILLER STREET, GZIRA MALTA | TURKISH |
| LEONID IOUGOV | 11 ORDZONIKIDZE STR. GRP 204 PERM RUSSIAN FEDERATION | |
| IOURI PODOLIAK 411572745 | C/O 60 SOUTH STREET VALLETTA MALTA | RUSSIAN |
| TODOR HRISTOV VASSISLEV | | |

### Shareholders(6)

| Involved Party | Address | Nationality |
|---|---|---|
| KAMA RIVER SHIPPING COMPANY | 11 ORDZONIKIDZE STREET GRP 204 PERM RUSSIAN FEDERATION | |

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 410 | 20.0 | 1.00 |

| Involved Party | Address | Nationality |
|---|---|---|
| SOCIETE CHAPUIS ETRANGER | BARCYLAYTRUST (SUISSE) S.A. 8 RUE D'ITALIE CH 1704 GENEVA SWITZERLAND | |

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 40 | 20.0 | 1.00 |

| Involved Party | Address | Nationality |
|---|---|---|
| BORIS APOURINE 411571116 | 11 ORDZONIKIDZE STREET GRP 204 PERM RUSSIAN FEDERATION | RUSSIAN |

02/07/2007 15:23    0035621225908    GANADO & ASSOCIATES    PAGE 09
Case 1:07-cv-06347-HB    Document 9-13    Filed 09/19/2007    Page 8 of 11

Involvements                                                                Page 2 of 2

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 5 | 20.0 | 1.00 |

**Involved Party**  
STANISLAV FILATOV  
21494276

**Address**  
ECHUCA  
TRIQ TAL-FRANCIZ  
SWIEQI  
MALTA

**Nationality**  
RUSSIAN

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 30 | 20.0 | 1.00 |

**Involved Party**  
LEONID IOUGOV

**Address**  
11 ORDZONIKIDZE STR. GRP 204  
PERM  
RUSSIAN FEDERATION

**Nationality**

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 5 | 20.0 | 1.00 |

**Involved Party**  
VADIM VORONINE

**Address**  
12 - 22 ULIANOV STREET  
KRASNOJARSK  
RUSSIAN FEDERATION

**Nationality**

**Shares**

| Type | Class | Issued Shares | % Paid up | Nominal Value Per Share in MTL |
|---|---|---|---|---|
| Ordinary | | 10 | 20.0 | 1.00 |

Company Details   Authorised Shares   Involved Parties   Documents

| | Logoff | Contact Us | About | | MS. Bernice Cutajar (LGGAN001) |

**Accounts**
Change Password
Edit User Registration
Top Up Your Account
Balance Details
Change Account
Add link to Company
Register Certificate

**Status**
Name Reservation Status

**Public**
Free Company Name Check
Official Registry Forms
New Online Services
Published Files
Publications

**Searches**
Company Search
Search Involvements
Reserved Names Search

**Online Filing**
Name Reservation

Company Details

| Registration No. | C 14646 |
| Company Name | ERIDAN SHIPPING LTD |
| Registration Date | Jan 26, 1993 |
| Registered Office | 60, SOUTH STREET |
| City/Locality | VALLETTA |
| Country | MALTA |

Company Details  Authorised Shares  Involved Parties  Documents

Logoff   Contact Us   About   |   MS. Bernice Cutajar (LGGAN001)

**Accounts**
Change Password
Edit User Registration
Top Up Your Account
Balance Details
Change Account
Add link to Company
Register Certificate

**Status**
Name Reservation Status

**Public**
Free Company Name Check
Official Registry Forms
New Online Services
Published Files
Publications

**Searches**
Company Search
Search Involvements
Reserved Names Search

**Online Filing**
Name Reservation

Involvements

Registration No. C 14646

### Directors(5)

| Involved Party | Address | Nationality |
|---|---|---|
| BORIS APOURINE 411571116 | 11 ORDZONIKIDZE STREET GRP 204<br>PERM<br>RUSSIAN FEDERATION | RUSSIAN |
| BEHZAT ESINDUY | FLAT 5, GARDIOLA COURT,<br>REGGIE MILLER STREET,<br>GZIRA<br>MALTA | TURKISH |
| IOURI PODOLIAK 411572745 | C/O 60 SOUTH STREET<br>VALLETTA<br>MALTA | RUSSIAN |
| TODOR HRISTOV VASSILEV | C/O 60 SOUTH STREET<br>VALLETTA<br>MALTA | RUSSIAN |
| LEONID YUGOV | C/O 60 SOUTH STREET<br>VALLETTA<br>MALTA | RUSSIAN |

### Shareholders(5)

| Involved Party | Address | Nationality |
|---|---|---|
| W. J. PARNIS ENGLAND LIMITED C 399 | 60, SOUTH STREET<br>VALLETTA<br>MALTA | |

**Shares**

| Involved Party | Address | Nationality |
|---|---|---|
| KAMA RIVER SHIPPING COMPANY | 11 ORDZONIKIDZE STREET GRP 204<br>PERM<br>RUSSIAN FEDERATION | |

**Shares**

| Involved Party | Address | Nationality |
|---|---|---|
| BEHZAT ESINDUY | FLAT 5, GARDIOLA COURT,<br>REGGIE MILLER STREET,<br>GZIRA<br>MALTA | TURKISH |

**Shares**

| Involved Party | Address | Nationality |
|---|---|---|
| TODOR HRISTOV VASSILEV | C/O 60 SOUTH STREET<br>VALLETTA<br>MALTA | RUSSIAN |

**Shares**

| Involved Party | Address | Nationality |
|---|---|---|
| VADIM VORONINE 41NO2060090 | ECHUCA, TRIQ IL-FRANCIZ, SWIEQI MALTA | |

**Shares**

Company Details   Authorised Shares   Involved Parties   Documents