Nru. 19

...ta' 10 ta' Diċembru 1998  3742/98  Exhibit 9

Mandat ta' Sekwestru

...Prim' Awla tal-Qorti Ċivili

...elli FERRANTE (Sekwestrant) Koufra Holdings Limited

...b'digriet tal-19

...mbru 1998

De Tonio Azzopardi u Dr. Juliana e

kuraturi deputati sabiex jirrapreżentaw lill-

assenti (1) Stanislav Filatov bin

(Sekwestrat) Victor u Aleutina nee Dubovicova,

9.00  Russian Passport No. 210494276 u (2)

Ph. V. Rossignaud  Irina Filatova mart Stanislav

...rs ta' Christine Vassallo għan-nom u in rappreżentanza

...ta' Koufra Holdings Limited

...ngħad bil-qima u jiġi kkonfermat bil-ġurament: —

...li din l-Onorabbli Qorti jogħġobha tordna l-ħruġ ta' mandat ta' sekwestru f'idejn is-
sekwestratarju jew sekwestratarji kif jissemma hawn isfel, kontra s-sekwestrat għall-kreditu
...askritt u għall-ispejjeż ta' din il-proċedura, in kawtela tal-kreditu hawn taħt indikat ~~in
...uzzjoni tat-titlu eżekuttiv hawn isfel imsemmi~~.

...itu:
⎡ Sorti LM110,000 (mija u għaxart elef lira maltin)
⎢ Imgħax riservati
⎣ Spejjeż riservati

...ali/~~Titolu eżekuttiv~~:— in kawtela tal-flus u spejjeż maħruġa
...soċjeta' sekwestranti għax-xiri tal-fond "Echuca" gia'
...sekwestratarj/i (1) Rizzo, Farrugia & Co; (2) APS Bank (3) Bank of Valletta plc
...Med Bank plc (5) Lombard Bank (Malta) plc, (6) Malta Stock Exchange.
...kat  (7) Bank Ċentrali ta' Malta, Valletta.

...uratur Legali

..., 22 ta' Ottubru 1998

Ikkonfermat bil-ġurament quddiemi, wara li qrajtlu l-kontenut, u fil-preżenza ta'

...stine Vassallo għas-soċjeta' Koufra

...dings Limited ID No 313935 M  bħala xhud ta' l-identità u

...zentat minn

Ph. V. Rossignaud b'żewġ dokumenti

Deputat Reġistratur

Certified that this is a true copy made by us of the original Document

Date: Ganado & Associates Advocates
13/06/07

al tal-Qrati

riet moghti minn din il-Qorti fil-26 ta' Ottubru, 1998
al- Kaufra Holdings Ltd.        gie ordnat li
kuraturi deputati biex jirraprezentaw lill- Stanislav
er  fl-atti tal-twebizzjani fl-ismijiet Kaufra
s Ltd   vs 'Kuraturi' Deputati u fl-atti l-ohra
ussegwenti.

stant ordnat li twahhal kopja ufficjali ta' dan il-bandu
' din il-Qorti Superjuri u sejjah b'dan lil kull min irid
la kuratur biex jidher fi zmien sitt ijiem f'dan ir-
jaghmel b'nota d-dikjarazzjoni illi huwa jidhol ghal

ukoll li tgharraf lil kull wiehed illi jekk ma jaghmilx din
joni fiz-zmien fuq moghti, din il-Qorti tghaddi biex
aturi ta' l-Ufficcju.

tkun ghamilt dana, jew jekk tiltaqa' ma' xi xkiel fl-
ta' dan il-bandu, inti ghandek tgharraf minnufih lil

l-Qorti Civili Prim'Awla hawn fuq imsemmija
ta' Onor Franco Depasquale LLD.
igi Imhallef

t'Ottubru 981.

*Waħdok kopja fin-notice board*
*td. Qorti fit-28/10/98*

il-lum _4/11/98_
Ngħid u niżgura li ġew nnotifikajtx lil
_Dr Mark Camilleri_
b'kopja _Bnd. Q.L._
bil-Posta billi _S 269_
_Un Imrada_
B'daw ġewraft permezz ta' ittra lil ___

Il-lum _6/11/98_
Ngħid u niżgura li fi _6/11/98_
nnotifikajt lil _DR Mark Camilleri_
personalment billi tajtu /
billi ħallejtu f'indirizz mogħti _Valletta_
f'idejn _Stephen Law_
b'kopja ta' _Bonda_
dana flimkien ma' estratt mill-art 5 ta' l-Att dwar
Proċeduri Ġudizzjarji (Użu ta' l-Ilsien Ingliż), Kapitlu 6C
tal-Liġijiet ta' Malta.
JOSEPH BORG
Marsaxlokk

Certified that this is a true
copy made by us of the
original Document
_R. Pike_
Date: Camilleri & Associates
Advocates
21/06/07

...will PEN
...nor Geoffrey
...rs, id-digriet preċe...
...dher ħadd biex jaċċ...
...a lill-Avukat Dottor
...okuratur Legali Julia
...raturi għall-finijiet kollha
19 ta' Novembra

Translation

**Garnishee Order Number 3742/98**

In the First Hall Civil Court

**(Creditor/Person on Whose Demand The Garnishee Order is Requested) Koufra Holdings Limited**

*versus*

**(Debtor) Dr. Tonio Azzopardi and Legal Procurator Juliana Scerri-Ferrante appointed in virtue of a decree dated November 19, 1998 to act as Deputy Curators nominated to represent Stanislav Filatov son of Victor and Slevtina nee' Dubovicova Russian Passport No 210494276 and Irina Filatova wife of Stanislav (....).**

Application of Mr. Christino Vassallo for and on behalf of Koufra Holdings Limited.

Respectfully requests and confirms under oath :-

That this Court orders the issue of a garnishee order to be executed in the hands of the garnishee or garnishees as hereinafter mentioned, against the said debtor for the debt herein mentioned and for the costs of this procedure, as precaution against the debt hereinafter indicated.

**Debt:** Lm 110,00

**Interest**: Reserved

**Costs**: Reserved

**Title /~~Executive title~~**: To do good for the money and expenses disbursed by the party requesting this *garnishee order* for the purchase of the tenement "Euchuca" previously ...

Garnishee/s (1) Rizzo, Farrugia & Co; (2) Aps Bank (3) Bank of Valletta plc (4) Mid Med Bank plc (5) Lombard Bank Malta plc (6) Malta Stock Exchange (7) Central Bank of Malta, Valletta.

Advocate :
Legal Procurator:

This day the 22nd day of October 1998.

Confirmed on oath before me, after I have read to him the contents and in the presence of Christino Vassallo for the company Koufra Holdings Limited Identity Card Number 313935M as witness to identity and filed by Legal Procurator V Rossignaud.

Signed: Deputy Registrar.

"I affixed a copy (of the Notice) in the Court Notice Board on the 28th September 1998.

"Today November 4, 1998.
"I state and confirm that I did not notify Dr Mark Camilleri with a copy of the Banns (Notice) and application because 5249 'unknown'….. I notified ……. with my letter.
"Signature illegible
"Andrew Grixti

"Today November 6, 1998
"I state and confirm that on November 6, 1998 I notified Dr Mark Camilleri personally by giving him / by leaving at the indicated address in Valletta in the hands of J Gauci a copy of the Banns (Notice).
"Signature illegible
"Joseph Borg
"Marshall"

TRANSLATION

"Banns For the Appointment of a Curator

"The Republic of Malta

"To – the Court Marshall

"Following the court decree of this court dated 26 of October 1998 issued on a request of Koufra Holdings Limited it was ordered that deputy curators be chosen to represent Stanislav Filatov et in the Warrant of Prohibitory Injunction Proceedings in the names "Koufra Holdings Limited vs Deputy Curators" and in all other proceedings related and subsequent to these.

"You are therefore being order to affix an official copy of these banns (Notice) in the entrance to this court and to call upon anybody who desires to act as curator to appear within 6 days at the Court Registry and file a minute (note) containing his declaration that he/she intends to take on this role.

"You are also ordered to inform everybody that if this declaration is not done in the aforestated time, this Court will proceed and appoint a curator of office.

"Once you carry this out, or of you meet any obstacles in the execution of these banns, you should inform this court immediately.

"Given by the First Hall of the Civil Court
"Per Mr Justice Franco Depasquale
"Today (..) October, '98."

I confirm on oath that this is a faithful translation into English of the original version in Maltese

M. Fikman
Madeleine Fikman
Legal Procurator

COURTS OF JUSTICE - MALTA
SIGNED AND SWORN BEFORE ME
DAY OF 22nd June 20[..]
            19
Commissioner for Oaths