## Prof. J. M. Ganado & Associates
ADVOCATES

171, OLD BAKERY STREET,
VALLETTA VLT 09 - MALTA
Tel: (+356) 242096, 235406/7/8
Fax: (+356) 223908

✔ 57, ST. CHRISTOPHER STREET,
VALLETTA VLT 08 - MALTA
Tel: (+356) 247902/3/5/6
Fax: (+356) 240550
Tlx: 1707 PHAX MW

E-Mail: lawfirm@jmganado.com
a.o.h. Tel: (+356) 947 3966

Mr. Edward Carbone
Chief Executive
Malta Financial Services Centre
Attard

31st August, 2000.

Dear Sir,

Re: **River-Sea Shipmanagement Limited**
    **E.I. Holdings Limited**

We are writing to you on behalf of Eridan Shipping Limited, Ferrum Shipping Company Limited, Antarus Shipping Co. Limited, and Kama II Shipping Co. Limited, all of Valletta, Malta and Kama River Shipping Company Limited of Perm, Russia, and would like to bring to your attention the judgement delivered by the Maltese Civil Court on the 31st. May, 2000 (copy of judgement attached hereto) against the above-captioned two Maltese offshore companies.

We trust that this judgement would prompt you to commence the appropriate investigations and/or other action pursuant to the Malta Financial Services Centre Act. You will note that our clients are claiming that criminal acts have been committed by the said offshore companies, and that the matter is still *sub iudice*.

Yours faithfully,

Dr. Jotham Scerri-Diacono / Dr. Stephen Attard

Encl.