Taxxa ufficjali tad-drittijiet u spejjez ta' Citazzjoni Numru: 411/99 GV
fl-ismijiet " Dott. Jotham Scerri-Diacono et vs Dott. Joseph
Azzopardi et noe " deciza fil-Qorti Civili-Prim'Awla fil-27 ta' Frar
2006 fl-atti relattivi u sussegwenti.

Mitluba minn Av / Pl: **J. Azzopardi; Pl. M. Firmin**

Rilaxxata fil- 7 ta' April 2006

| DATA | DETTALJI | ATTUR | KONVENUT Camco Ltd. | KONVENUT Dott. J. Azzopardi; Dott. R. Porsella-Flores et |
|---|---|---|---|---|
| | | Lm  c | Lm  c | Lm  c |
| 18-Feb-99 | Citazzjoni | 42.00 | | |
| | Kopji @ Lm2 | 12.00 | | |
| | Mandat ta' Inibizzjoni Nru:3743/98 | 30.00 | | |
| | Avukat u Prokuratur Legali | 26.66 | | |
| 18-Feb-99 | Rikors | 2.75 | | |
| | Avukat u Prokuratur Legali | 20.00 | | |
| 20-Aug-99 | Nota t'eccezzjonijiet | | 16.00 | |
| | Kopji @ Lm2 | | 2.00 | |
| 27-Sep-99 | Nota t'eccezzjonijiet | | | 1.00 |
| | Kopji @ Lm2 | | | 2.00 |
| 06-Nov-99 | Nota t'osservazzjonijiet | | 1.00 | |
| | Avukat u Prokuratur Legali | | 80.00 | |
| | Kopji @ Lm2 | | 2.00 | |
| 03-Dec-99 | Nota ta' sottomissjonijiet | 0.50 | | |
| | Avukat u Prokuratur Legali | 80.00 | | |
| 14-Feb-00 | Rikors | | | 0.50 |
| | Avukat u Prokuratur Legali | | | 20.00 |
| 29-Sep-00 | Rikors | | | 16.50 |
| | Avukat u Prokuratur Legali | | | 20.00 |
| 09-Oct-00 | Risposta | 0.00 | | |
| | Avukat u Prokuratur Legali | 20.00 | | |
| 06-Oct-00 | Risposta | 0.00 | | |
| | Avukat u Prokuratur Legali | 20.00 | | |
| 22-Apr-02 | Affidavits - Dritt avukat @ Lm10 | 10.00 | | |
| 07-Nov-02 | Ingunzjoni | 3.00 | | |
| | Avukat u Prokuratur Legali | 4.00 | | |
| 02-Dec-02 | Affidavits - Dritt avukat @ Lm10 | 20.00 | | |
| 09-Jan-03 | Ingunzjoni | 3.00 | | |
| | Avukat u Prokuratur Legali | 4.00 | | |
| 13-Feb-03 | Ingunzjoni | 3.00 | | |
| | Avukat u Prokuratur Legali | 4.00 | | |
| 18-Feb-03 | Rikors | 0.00 | | |
| | Avukat u Prokuratur Legali | 20.00 | | |
| 03-Mar-03 | Risposta | | 0.00 | |
| | Avukat u Prokuratur Legali | | 20.00 | |
| 01-Apr-03 | Ingunzjoni | 6.00 | | |
| | Avukat u Prokuratur Legali | 4.00 | | |
| 29-May-03 | Affidavits - Dritt avukat @ Lm10 | 10.00 | | |

| DATA | DETTALJI | ATTUR Lm c | KONVENUT Camco Ltd. Lm c | KONVENUT Dott. J. Azzopardi; Dott. R. Porsella-Flores et Lm c |
|---|---|---|---|---|
| 21-May-03 | Ingunzjoni | 3.75 | | |
| | Avukat u Prokuratur Legali | 4.00 | | |
| 11-Jun-03 | Zieda | 3.00 | | |
| 27-May-03 | Rikors | 0.00 | | |
| | Avukat u Prokuratur Legali | 20.00 | | |
| 08-Jul-03 | Nota | 6.00 | | |
| | Avukat u Prokuratur Legali | 10.00 | | |
| 25-Sep-03 | Nota t'eccezzjonijiet | | | 0.00 |
| | Kopji @ Lm2 | | | 2.00 |
| 14-Nov-03 | Ingunzjoni | 11.25 | | |
| | Avukat u Prokuratur Legali | 4.00 | | |
| 08-Jan-04 | Rikors | | | 0.00 |
| | Avukat u Prokuratur Legali | | | 20.00 |
| 12-Jan-04 | Rikors | 0.00 | | |
| | Avukat u Prokuratur Legali | 20.00 | | |
| 15-Jan-04 | Rikors | | | 0.00 |
| | Avukat u Prokuratur Legali | | | 20.00 |
| 05-Feb-04 | Rikors | 6.00 | | |
| | Avukat u Prokuratur Legali | 4.00 | | |
| 29-Apr-04 | Rikors | | | 0.00 |
| | Avukat u Prokuratur Legali | | | 20.00 |
| 03-Jun-04 | Rikors | 3.00 | | |
| | Avukat u Prokuratur Legali | 20.00 | | |
| 16-Jul-04 | Ingunzjoni | 3.00 | | |
| | Avukat u Prokuratur Legali | 4.00 | | |
| | Zieda | 12.00 | | |
| 25-Oct-04 | Ingunzjoni | 3.00 | | |
| | Avukat u Prokuratur Legali | 4.00 | | |
| 10-Nov-04 | Zieda | 3.00 | | |
| 11-May-05 | Nota ta' sottomissjonijiet | 0.00 | | |
| | Avukat u Prokuratur Legali | 80.00 | | |
| 05-Oct-05 | Nota responsiva | | 1.00 | |
| | Avukat u Prokuratur Legali | | 80.00 | |
| | Kopji @ Lm2 | | 2.00 | |
| 06-Oct-05 | Nota responsiva | | | 0.00 |
| | Avukat u Prokuratur Legali | | | 80.00 |
| 27-Feb-06 | Dritt registru sentenza | 3638.00 | | |
| | Dritt avukat | 4195.00 | 4195.00 | 4195.00 |
| | Dritt pl | 1398.33 | 1398.33 | 1398.33 |
| | RIMBORS | Lm 9,800.24 | Lm 5,797.33 | Lm 5,795.33 |
| | TOTAL | Lm 9,800.24 | Lm 5,797.33 | Lm 5,795.33 |

Illum 

Deputat Registratur                    Eugenio Cutajar