| Nota għall Iskrizzjoni ta' IPOTEKA | Numru Progressiv Fuli 19. (59) |
|---|---|
| Rimarki (għall-użu uffiċjali biss) | |
| Kreditur: | Eridan Shipping Limited (C.14646), Kama II Shipping Company Limited (C18129), Antarus Shipping Company Limited (C20122), Ferrum Shipping Company Limited (C20121) |
| Debitur: | L-assenti **Stanislav Filatov** iben Viktor u Alevtina nee Dubovicova imwieled Nighi Novogorod, Russia, u River Sea Ship Management Limited (OS/896/NT) u [...] Holdings Limited (OS/1470/NT) |
| Kreditu: | Tlett mija u tlieta u tmenin elf sebgha mija wiehed u disghin liri maltin u tlieta u sebghin centezmi (Lm383,791.73) in kwantu ghall-tlett mija u tlieta u sebghin elf disa' mija wiehed u disghin liri maltin u disgha u erbghin centezmi (Lm 373,991.49) li huma ekwivalenti ghal US$ 1,054,656 (miljun, u erbgha u hamsin elf sitt mija u sitta u hamsin dollari Amerikani) sorte, u disat elef tmien mitt lira maltin u erbgha u ghoxrin centezmi (Lm9800.24) skond taxxa mahruga mill-Prim Awla tal-Qorti Civili, spejjez ulterjuri u l-imghaxijiet legali riservati, skond sentenza moghtija mill-Onorevoli Imhallef Geoffrey Valenzia fil-Prim' Awla tal-Qorti Civili tas-sebgha u ghoxrin (27) ta' Frar, elfejn u sitta (2006) |
| Kawża ta' Preferenza: IPOTEKA GENERALI | |

Illum _____ ta' _____ 20 ___

(Direttur)   (Firma tal-persuna li tapplika għall-Iskrizzjoni)

M. SPITERI
D/Reġistratur

RCV. JOTHAM SCERRI DIAKONO
O.b.o. the creditors

[Stamp: REGISTRY SUPERIOR COURT No. 2436   27 APR 2006   PAID]
[Stamp: RECEIVED 2 MAY 2006]

7597

| Rimarki (għall-użu uffiċjali biss) | |
|---|---|
| Kreditur: | |
| Debitur: | |

REGISTRY SUPERIOR COURT No. 2436  27. APR 2006  PAID

| Kreditu: | citazzjoni numru 411/1999GV (erbgħa mija u ħdax tas-sena elf disgħa mija u disgħa u disgħin) fl-ismijiet "L-Avukat Dottor Jotham Scerri Diacono bħala mandatarju speċjali għan-nom u in rapreżentanza tas-soċjetajiet Eridan Shipping Limited, Kama II Shipping Company Limited, Antarus Shipping Company Limited, Ferrum Shipping Company Limited, u, għal kull interess illi jista' jkollha, tas-soċjeta' estera Kama River Shipping Company Limited, Perm, Russia, u b'nota tat-tmienja (8) ta' Frar, elfejn u wieħed (2001) Todor Hristov Vassilev assuma l-atti tal-kawża għan-nom u fl-interess tas-soċjetajiet attrici kollha minflokk l-Avukat Dottor Jotham Scerri Diacono, u b'nota tas-sebgħa u għoxrin (27) ta' Novembru, elfejn u wieħed (2001) Galina Oganesian assumiet |
|---|---|
| Kawża ta' Preferenza: | |

RECEIVED 2 MAY 2006

M. SPITERI D/Reġistratur

Illum _____ ta' _____

_____ (Direttur)

_____ (Firma tal-persuna li tapplika għall-Iskrizzjoni)

Nota għall Iskrizzjoni ta' _____ Numru Progressiv _____

| | |
|---|---|
| Rimarki (għall-użu uffiċjali biss) | 7597 |
| Kreditur: | |
| Debitur: | [stamp: REGISTRY SUPERIOR COURT No. 2436 27. APR 2006 PAID] |
| Kreditu: | l-atti tal-kawza flok Todor Hristov Vassilev versus L-Avukat Dottor Joseph Azzopardi u Prokuratrici Legali Joanna Dingli illi b'digriet tal-Qorti tat-tmienja (8) ta' Frar elf disgha mija disgha u disghin (1999) gew appuntati kuraturi deputati sabiex jirraprezentaw lill-assenti Stanislav Filatov, u martu Irina filatova; u CAMCO (Nominee) Limited ghan-nom u in rapprezentanza tas-socjetajiet Maltin River-Sea Shipmanagement Limtied u E. I. Holdings Limited u Dottor Joseph Azzopardi u Prokuratrici Legali Joanna Dingli b'digriet tas-sitta u ghoxrin (26) ta' Frar elf disgha mija u disgha u disghin (1999) gew nominati kuraturi deputati sabiex |
| Kawża ta' Preferenza: | [stamp: RECEIVED 2 MAY 2006]     M. SPITERI |

Illum _____ ta' _____ 20__

_____ (Direttur)     _____ (Firma tal-persuna li tapplika għall-Iskrizzjoni)

Aqleb

| Rimarki (għall-użu uffiċjali biss) | |
|---|---|
| Kreditur: | |
| Debitur: | |
| Kreditu: | jirraprezentaw lill-assenti Evgeuni Filatov, Anna Filatova, Vadim Veronine, is-socjeta' estera Capes Shipping Services Inc u b'digriet tal-hamsa (5) ta' Marzu elfejn u tlieta (2003) is-socjeta' Camco (Nominee) Limited" giet tidher bhala stralcjarja f'isem u ghan-nom ta' River Sea Shipmanagement Limited u E. I. Holdings Limited u b'digriet tas-sebgha u ghoxrin (27) ta' Mejju, elfejn u tlieta (2003) Dottor Joseph Azzopardi gie sostitwit b'Dottor Renzo Porsella Flores" |
| Kawża ta' Preferenza: | |

REGISTR. No. 2436
27. APR 2006
PAID

RECEIVED
2 MAY 2006

M. SPITERI
D/Reġistratur

Illum _____ ta' _____ 20__

(Direttur)

(Firma tal-persuna li tapplika għall-Iskrizzjoni)

Note of Inscription: Hypothec Progressive Number 7597

Creditor: Eridan Shipping Limited (C14646), Kama II Shipping Co. Ltd (C18129), Antarus Shipping Co. Limited (C20122), Ferrum Shipping Co. Limited (C20121).

Debtor: Stanislav Filatov son of Victor and Alevtina nee' Dubovicova born in Nighi Novogorod, Russia and River-Sea Shipmanagement Ltd and E. I. Holdings Ltd.

Credit: The sum of three hundred and eighty three thosuand, seven hundred and ninety one liri and seventy three cents (Lm383,791.73) made up as follows: three hundred and seventy three thousand, nine hundre and ninety one liri and fourty nine cents (Lm373,991.49) equivalent to US$1,054,656 being the sum awarded, Lm9,800 being the Taxed Bill of Costs issued by the First Hall of the Civil Court, further expenses and interest reserved, in accordance with a judgement pronounced by the Onorable Mr Justiuce Geoffrey Valenzia in the First Hall of the Civil Court on the 27 February 2006 writ of summons number 411/1999/GV in the names Dr. Jotham Scerri Diacono as special mandatory for and in representation of Eridan Shipping Ltd., Kama II Shipping Co. Ltd., Antarus Shipping Co. Ltd., Ferrum Shipping Co. Ltd., and for any interest that it may have Kama River Shipping Corporation Ltd. a foreign company registered in Perm, Russia and by means of a minute dated 8th February, 2001, Todor Hristov Vassilev assumed judicial representation all the plaintiff companies instead of Doctor Jotham Scerri Diacono, and by means of a minute dated 27th November, 2001, Ms. Galina Oganesian assumed representation of the plaintiffs in the lawsuit instead of Todor Hristov Vassilev -versus- Doctor Joseph Azzopardi and Legal Procurator Joanna Dingli who were appointed by a Court Decree dated 8th February, 1999 as deputy curators to represent the absent Stanislav Filatov and his wife Irina Filatov; and CAMCO (Nominee) Limited for on behalf of and in representation of the Maltese companies River-Sea Shipmanagement Limited and E.I. Holdings Limited and by means of decree dated 26th February, 1999 Dr. Joseph Azzopardi and P.L. Joanna Dingli were appointed deputy curators to represent Evgeuni Filatov, Anna Filatova, Vadim Veronine, and the foreign company Capes Shipping Services Inc and by means of a decree dated 5th March 2003, Camco (Nominee) Ltd assumed, as liquidator, the representation of River-Sea Shipmanagement Ltd and E. I. Holdings Ltd and by means of decree dated 27th May, 2003 Dr. Joseph Azzopardi was substituted by Dr. Renzo Poresella Flores.

Cause of Preference : General Hypothec

Signed: Director
Signed: M Spiteri D/Registrar
Signed: Jotham Scerri Diacono on behalf of the Creditors

*I confirm on oath that this is a faithful translation into English of the original version in Maltese.*

*M. Firman*
*Madeleine Firman*
*Legal Procurator*

COURTS OF JUSTICE - MALTA
SIGNED AND SWORN BEFORE ME
DAY OF 22nd June 19[?]

R. M. V[?]
Commissioner for Oaths