

**Malta Financial Services Authority**
**Registrar of Companies**
**Notabile Road**
**Attard**

17th March, 2006

Dear Sir,

### RE: E. I. Holding Ltd – OS/1470/NT

Kindly insert this judgement in the relative company file for public inspection.

Yours faithfully

-------------------------------------
**Adv. Dr. Jotham Scerri-Diacono**

Encl

Kopja Informali ta' Sentenza





MALTA

**QORTI CIVILI
PRIM' AWLA**

ONOR. IMHALLEF
GEOFFREY VALENZIA

Seduta tas-27 ta' Frar, 2006

Citazzjoni Numru. 411/1999/1

**L-Avukat Dottor Jotham Scerri Diacono bhala mandatarju specjali ghan-nom u in rapprezentanza tas-socjetajiet Eridan Shipping Ltd., Kama II Shipping Co. Ltd., Antarus Shipping Co. Ltd., Ferrum Shipping Co. Ltd., u, ghal kull interess lili jista' jkollha, tas-socjeta' estera Kama River Shipping Company Ltd. -perm, Russia, u b'nota tat-8 ta' Frar, 2001 TODOR HRISTOV VASSILEV assuma l-atti tal-kawza ghan-nom u fl-interess tas-socjetajiet attrici kollha minflok l-avukat Dottor Jotham Scerri Diacono, u b'nota tas-27 ta' Novembru 2001 Ms. Galina Oganesian assumiet l-atti tal-kawza flok Todor Hristov Vassilev.**

VS

**L-Avukat Dottor Joseph Azzopardi u Prokuratrici Legali Joanna Dingli lili b'digriet tal-Qorti tat-tmienja (8) ta' Frar 1999 gew appuntati kuraturi deputati sabiex jirraprezentaw lili-assenti Stanislav Filatov, u**

Qrati tal-Gustizzja                    Pagna 1 minn 16