QRATI TAL-ĠUSTIZZJA
VALLETTA – MALTA



COURTS OF JUSTICE
VALLETTA – MALTA

Our Ref. ........................

Your Ref. .....................

TEL: 223281
FAX: 240458



Illum, 25 ta' April, 2006.

Wara li ghamilt ricerka fir-Registru ta' l-Appell, irrizulta li ma giex ipprezentat Appell fil-kawza fl-ismijiet:-

**L-Avukat Dottor Jotham Scerri Diacono bhala mandatarju specjali ghan-nom u in rapprezentanza tas-socjetajiet Eridan Shipping Ltd., Kama II Shipping Co. Ltd., Antarus Shipping Co. Ltd., Ferrum Shipping Co. Ltd., u, ghal kull interess illi jista' jkollha, tas-socjeta' estera Kama River Shipping Company Ltd. – perm, Russia, u b'nota tat-8 ta' Frar, 2001 TODOR HRISTOV VASSILEV assuma l-atti tal-kawza ghan-nom u fl-interess tas-socjetajiet attrici kollha minflok l-avukat Dottor Jotham Scerri Diacono, u b'nota tas-27 ta' Novembru 2001 Ms. Galina Oganesian assumiet l-atti tal-kawza flok Todor Hristov Vassilev.**

-Vs –

**L-Avukat Dottor Joseph Azzopardi u Prokuratrici Legali Joanna Dingli illi b'digriet tal-Qorti tat-tmienja (8) ta' Frar 1999 gew appuntati kuraturi deputati sabiex jirraprezentaw lill-assenti Stanislav Filatov, u martu Irina Filatova; u CAMCO (Nominee) Limited ghan-nom u in rapprezentanza tas-socjetajiet Maltin River-Sea Shipmanagement Limited u E.I. Holdings Limited u Dr Joseph Azzopardi u PL. Joanna Dingli b'digriet tas-26 ta' Frar, 1999 gew nominati Kuraturi deputati sabiex jirraprezentaw lill-assenti Evgeuni Filatov, Anna Filatova, Vadim Veronine, is-socjeta' estera Capes Shipping**



Services Inc u b'digriet tal-5 ta' Marzu 2003 is-socjeta' Camco (Nominee) Ltd giet tidher bhala stralcjarja f'isem u ghan-nom ta' River Sea Shipmanagement Ltd u E.I Holdings Ltd u b'digriet tas-27 ta' Mejju 2003 Dr. Joseph Azzopardi gie sostitwit b'Dr Renzo Porsella Flores

Cit. Nru.: 411/99 GV

deciza mill-Qorti Civili Prim' Awla presjeduta mill- Onor. Imhallef Geoffrey Valenzia B.A., LL.D. fis-seduta ta' nhar it-Tnejn 27 ta' Frar, 2006

Dep. Reg.

M. SPITERI
Skrivan fl-Appell.

A TRUE PHOTOCOPY
OF THE ORIGINAL
TODAY: 29/5/2007