OFFICE TRANSLATION

"Courts of Justice
Valletta
Malta

Today 25th April, 2006.

After making the necessary searches at the Courts of Appeal Registry, it results that no appeal was made in the case in the names :-

Dr. Jotham Scerri Diacono as special mandatory for and in representation of Eridan Shipping Ltd., Kama II Shipping Co. Ltd., Antarus Shipping Co. Ltd., Ferrum Shipping Co. Ltd., and for any interest that it may have Kama River Shipping Corporation Ltd. a foreign company registered in Perm, Russia and by means of a minute dated 8th February, 2001, Todor Hristov Vassilev assumed judicial representation all the plaintiff companies instead of Doctor Jotham Scerri Diacono, and by means of a minute dated 27th November, 2001, Ms. Galina Oganesian assumed representation of the plaintiffs in the lawsuit instead of Todor Hristov Vassilev

-versus-

Doctor Joseph Azzopardi and Legal Procurator Joanna Dingli who were appointed by a Court Decree dated 8th February, 1999 as deputy curators to represent the absent Stanislav Filatov and his wife Irina Filatov; and CAMCO (Nominee) Limited for on behalf of and in representation of the Maltese companies River-Sea Shipmanagement Limited and E.I. Holdings Limited and by means of decree dated 26th February, 1999 Dr. Joseph Azzopardi and P.L. Joanna Dingli were appointed deputy curators to represent Evgeuni Filatov, Anna Filatova, Vadim Veronine, and the foreign company Capes Shipping Services Inc and by means of a decree dated 5th March 2003, Camco (Nominee) Ltd assumed, as liquidator, the representation of River-Sea Shipmanagement Ltd and E. I. Holdings Ltd and by means of decree dated 27th May, 2003 Dr. Joseph Azzopardi was substituted by Dr. Renzo Poresella Flores.

Writ of Summons number 411/99

decided by the First Hall, Civil Court, presided over by the Honorouble Mr. Justice Geoffrey Valenzia B.A., LL.D. in the sitting held on Monday 27th February 2006.

Signed: M. Spiteri, Deputy Registrar,
Signed: Elvira Farrugia, Court of Appeal Clerk."

This is a true and faithful translation of the Maltese original.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing translation is true and correct.**

_____

Legal Procurator Ms. Madeleine Firman
24th May 2007.

COURTS OF JUSTICE - MALTA
SIGNED AND SWORN BEFORE ME,
___ DAY OF May 2007
M. SPITERI
Commissioner for Oaths

1