John J. Sullivan
Kipp C. Leland
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiffs
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X
ERIDAN SHIPPING LTD., as successor in
interest to KAMA MALTA SHIPPING CO.
LTD., and ANTARUS SHIPPING CO. LTD.,
as successor in interest to KAMA MALTA
1011 SHIPPING CO. LTD.,

          Plaintiffs,

              -against-

STANISLAV FILATOV

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 07-Civ-6347 (HB)

**DECLARATION OF
KIPP C. LELAND, ESQ.**

Kipp C. Leland, affirming under penalty of perjury declares and states:

1.  I am an associate with the law firm Hill Rivkins & Hayden LLP, am admitted to practice before the bar of this honorable court, and write this Declaration in support of the Plaintiffs' Motion for Summary Judgment seeking to recognize a foreign country money judgment (hereinafter "Maltese Judgment") in favor of Plaintiffs and against Defendant issued by the First Hall of the Civil Court in Malta, Europe (hereinafter "Maltese Court") and to attach the assets of defendant Stanislav Filatov within the State of New York.

2.  Attached as Exhibit A is a result of a title search indicating that Defendant Stanislav Filatov currently owns a co-operative apartment at 217 East 96th Street, Apt 29B, New York, New York.

3.  Attached as Exhibit B is a result of a title search indicating that Defendant Stanislav Filatov currently owns a building located at 2133 81st Street, Brooklyn, New York.

4.  Defendant Stanislav Filatov has defaulted in answering this action, as evidenced by the Clerk's Certificate entered on the docket of this case, a copy of which is attached as Exhibit C.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

New York, New York
        September 18, 2007

_____
Kipp C. Leland

2

Exhibit A

**All New York Title Agency, Inc.**
180 East Post Road, White Plains, New York 10601
(914) 686-5600  (212) 579-1944   FAX (914) 686-1440   FAX (212) 579-4611

# I N V O I C E

TO:

Kipp C. Leland, Esq.
Hill, Rivkins & Hayden, LLP
45 Broadway
Suite 1500
New York, N.Y. 10006

01|0828

| | |
|---|---|
| **INVOICE NO.** | L04420 |
| **INVOICE DATE:** | 05-09-2007 |
| **REFERENCE NO.** | ACC-04223 |

| DESCRIPTION OF SERVICES |
|---|
| Premises: 217 East 96th Street, New York, NY - Unit 29B<br>    Block: 1646   Lot: 1103 fka 6<br><br><br>Owner: Stanlislav Filatov<br>Co-op: One Carnegie Hill Owners Inc. |

| COMPANY CHARGES | |
|---|---|
| Co-op Search | 325.00 |
| UCC Search Albany | 50.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total Invoice Amount** | **375.00** |



**Please Note Our INVOICE NO.  L04420  On Your Remittance**



# ALL NEW YORK TITLE AGENCY, INC.

☑ 180 East Post Road, White Plains, NY 10601          914-686-5600     Fax: 914-686-1440
○ 345 Seventh Ave., 23rd Floor, NY, NY 10001          212-579-1944     Fax: 212-579-4611

JOSEPH S. PETRILLO, ESQ.
*President*

May 9, 2007

JOHN M. MARTIN
*Vice President and
General Counsel*

Kipp C. Leland, Esq.
Hill, Rivkins & Hayden, LLP
45 Broadway – Suite 1500
New York, NY 10006

AUGUSTINE A. ARENA
*Vice President and
Counsel*

| Re: | ACC-04223 |
|---|---|
| Owner: | Stanislav Filatov |
| Co-op Corp.: | One Carnegie Hill Owners, Inc. |
| Premises: | 217 Easy 96th Street, New York, NY – Unit 29B |

DENNIS V. GARGANO
*Associate Counsel*

**Block: 1646   Lot: 1103 fka 6**

Dear Mr. Leland:

Please be advised that the above named cooperative corporation, and any shareholder as listed above, were searched for Ucc's, Judgments and Federal Tax Liens in the Office of the City Register of New York County and the New York State, Secretary of States Office in Albany and the following were found which affect the subject unit:

| The following was found: | UCC | FTL | JDG | PVB | ECB | TAB |
|---|---|---|---|---|---|---|
| One Carnegie Hill Owners, Inc. | 2 | 0 | 0 | 0 | 0 | X |
| Stanislav Filatov | 1 | 0 | 0 | 0 | 0 | X |

**\*\*NOTE:**          **Copies of UCC Financing Statements from the Office of the Secretary of State in Albany are unavailable until further notice.  Please refer to the printout provided.  Without access to said copies, all Financing Statements appearing to be lapsed should be treated as effective.**

No other returns as of April 24, 2007 in New York County and as of May 2, 2007 in Albany.

It is agreed that this company in consideration of the payment of its charges, will be limited in its liability for all loss or damage, not exceeding $50,000.00 which the parties to whom this report is certified shall sustain by reason of its failure to report any recorded/filed lien or encumbrance for which a search has been made, as set forth in this report, but no claim for damages shall arise unless payment of all charges for this report has been made before such claims arise.

This Company shall not be responsible for any liability, damages or payment on account thereof voluntarily assumed or paid in settling any claim or suit involving matters covered hereby without its written consent.

Also enclosed, please find our bill for this search.

**The fees payable for this report are due and payable whether or not a sale of the designated apartment occurs.**

Should you have any questions, kindly contact the undersigned.

Very Truly Yours,


All New York Title Agency, Inc.

By: _Augustine A. Arena_
      Augustine A. Arena

Encls.
AAA/jk

## New York State Department of State
## Uniform Commercial Code
### Filing Data Report

Please note that this record report has been generated by an independent searcher, using the Department of State's Uniform Commercial Code On-Line Database. This report lists filing records on file as of May 02, 2007, 11:59 PM. However, the information contained in this report is NOT an official record of the Department of State and may contain filings filed after this date.

**Name of Debtor Organizaton Searched:**

**CONTAINS** ONE CARNEGIE **\*All Filings**

Your name selection(s) has returned 1 filing histories.

[ View First Page(s) ]  [ Back ]

Filing histories 1 to 1.

| | | | | |
|---|---|---|---|---|
| 1. **Debtors:** | **ONE CARNEGIE HILL OWNERS INC.** | | **C/O THE RELATED COMPANIES, L.P., 60 COLUMBUS CIRCLE, NEW YORK, NY 10023, USA** | |
| **Secured Party Names:** | **HYPO REAL ESTATE CAPITAL CORPORATION, AS ADMINISTRATIVE AGENT** | | **622 THIRD AVENUE, 29TH FLOOR, NEW YORK, NY 10017, USA** | |

| | | | | | |
|---|---|---|---|---|---|
| 200609070727234 | 09/07/2006 | 09/07/2011 | Financing Statement | 5 | NA * |

[ View First Page(s) ]  [ Back ]

\* Images marked NA are not available on this webpage.

[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2006011200248020001E8FCD

## RECORDING AND ENDORSEMENT COVER PAGE    PAGE 1 OF 7

| | | |
|---|---|---|
| **Document ID: 2006011200248020** | Document Date: 09-05-2006 | Preparation Date: 09-18-2006 |
| Document Type: INITIAL UCC1 | | FIXTURE FILING |
| Document Page Count: 6 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| ROYAL ABSTRACT OF NEW YORK LLC | SCHIFFHARDIN LLP |
| AS AGENT FOR TITLE INSURANCE | 623 FIFTH AVENUE |
| 500 5TH AVENUE- SUITE 1540 | NEW YORK, NY 10022 |
| NEW YORK, NY 10110 | ATTN RUSSEL T. HAMILTON |
| 212-376-0900 | |
| 825226/820360A | |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1646 | 1103  Entire Lot | CONDP | 215 EAST 96 STREET |

Property Type:  COMMERCIAL CONDO UNIT(S)

### CROSS REFERENCE DATA

CRFN _____ or Document ID _____ or _____ Year _____ Reel ____ Page ____ or File Number _____

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| ONE CARNEGIE HILL OWNERS INC | HYPO REAL ESTATE CAPITAL CORPORATION |
| C/O THE RELATED COMPANIES, L.P., 60 COLUMBUS | 622 THIRD AVENUE |
| CIRCLE | NEW YORK, NY 10017 |
| NEW YORK, NY 10023 | |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 40.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: | |
| TAXES: County (Basic): | $ | 0.00 | $ | 0.00 |
| City (Additional): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| Spec (Additional): | $ | 0.00 | $ | 0.00 |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed        10-10-2006 11:35
City Register File No.(CRFN):
                              2006000565737

*Annette M Hill*

**City Register Official Signature**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

> Hypo Real Estate Capital Corporation
> 622 Third Avenue, 29th Floor
> New York, New York 10017
> Attention:  Ms. Xenia D'Ambrosi

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| One Carnegie Hill Owners Inc. | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o The Related Companies, L.P., 60 Columbus Circle | New York | NY | 10023 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | New York | ☑ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Hypo Real Estate Capital Corporation, as Administrative Agent | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 622 Third Avenue, 29th Floor | New York | NY | 10017 | USA |

4. This FINANCING STATEMENT covers the following collateral:

See Rider attached hereto and made a part hereof.

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

31133-0006 (File with City Register, New York County)

825206/8 20 2001.

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

ROYAL ABSTRACT
500 Fifth Avenue, Suite 1540
New York, NY 10110

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | | | |
|---|---|---|---|
| 9a. ORGANIZATION'S NAME | | | |
| **One Carnegie Hill Owners Inc.** | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME,SUFFIX |

OR

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | | |
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

OR

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

| | | | | |
|---|---|---|---|---|
| 12a. ORGANIZATION'S NAME | | | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

OR

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☑ fixture filing.

**14.** Description of real estate:

**See Exhibit A to Rider.**

Section:  6
Block:   1646
Lot:    1103
Address: 217 East 96th Street New York, NY

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

Name of Debtor:    One Carnegie Hill Owners Inc.

## "RIDER"

1.    All fixtures, furnishings, fittings, appliances, apparatus, equipment, building materials and components, machinery, boilers, oil burners, power systems, heating, ventilating and air conditioning systems, elevators, and all other chattels and articles of personal property, of whatever kind or nature, and any additions thereto and any replacements, proceeds or products thereof (other than those owned by lessees or those claiming under or through lessees or leased by lessees from parties other than Debtor) now or at any time hereafter intended to be or actually affixed to, attached to, placed upon, or used in any way in connection with the complete and comfortable use, enjoyment, development, occupancy or operation of the premises described in EXHIBIT A annexed hereto and made a part hereof (said premises, the "Premises"), or any improvements located thereon, and whether located on or off the Premises (the foregoing, collectively, the "Chattels");

2.    All rents, royalties, issues, profits, revenue, income, recoveries, reimbursements and other benefits of the Premises and improvements and all leases in respect of all or portions thereof now or hereafter entered into and all right, title and interest of Debtor thereunder, including, without limitation, cash, letters of credit or securities deposited thereunder to secure performance by the lessees of their obligations thereunder, including any guaranties of such leases and any lease cancellation, surrender or termination fees in respect thereof subject, however, to the provisions of Section 3.01 of the mortgages referred to below;

3.    All (a) development work product prepared in connection with the Premises or any improvements thereon, including, but not limited to, engineering, drainage, traffic, soil and other studies and tests; water, sewer, gas, electrical and telephone approvals, taps and connections; surveys, drawings, plans and specifications; and subdivision, zoning and platting materials; (b) building and other permits, rights, licenses and approvals relating to the Premises or any improvements thereon; (c) contracts and agreements (including, without limitation, contracts with architects and engineers, construction contracts and contracts for maintenance, management or leasing), contract rights, logos, trademarks, trade names, copyrights and other general intangibles used or useful in connection with the ownership, operation or occupancy of the Premises or any part thereof or any improvements thereon; (d) financing commitments (debt or equity) issued to Debtor in respect of the Premises and all amounts payable to Debtor thereunder; (e) contracts for the sale of all or any portion of the Premises, the improvements thereon or the Chattels, and all amounts payable by the purchasers thereunder; (f) operating and other bank accounts, and monies therein, of Debtor relating to the Premises, including, without limitation, any accounts relating to real estate taxes or assessments; (g) interest rate protection agreements entered into by Debtor in respect of the obligations secured by the security agreement(s); and (h) commercial tort claims related to the Premises, any improvements thereon or the Chattels;

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2007012400327001001EDD90

## RECORDING AND ENDORSEMENT COVER PAGE    PAGE 1 OF 3

| | | |
|---|---|---|
| Document ID: **2007012400327001** | Document Date: 01-24-2007 | Preparation Date: 01-24-2007 |
| Document Type: INITIAL COOP UCC1 | | **COOPERATIVE WITH ADDENDUM** |
| Document Page Count: 2 | | |

**PRESENTER:**

MODERN ABSTRACT CORPORATION
633 THIRD AVENUE
17TH FLOOR
NEW YORK, NY 10017
212-334-1181

**RETURN TO:**

MODERN ABSTRACT CORPORATION
633 THIRD AVENUE
17TH FLOOR
NEW YORK, NY 10017
212-334-1181

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 1646 | 1103 | Entire Lot | 29B | 217 EAST 96TH STREET |

Property Type: SINGLE RESIDENTIAL COOP UNIT

### CROSS REFERENCE DATA

CRFN _____ *or* Document ID_____ *or* _____ Year____ Reel____ Page____ *or* File Number_____

### PARTIES

**DEBTOR:**

STANISLAV FILATOV
2133 81ST STREET
BROOKLYN, NY 11214

**SECURED PARTY:**

HSBC MORTGAGE CORPORATION (USA)
2929 WALDEN AVENUE
DEPEW, NY 14043

### FEES AND TAXES

| Mortgage | | | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | Filing Fee: | |
| Taxable Mortgage Amount: | $ 0.00 | | $ 0.00 |
| Exemption: | | NYC Real Property Transfer Tax: | |
| TAXES: County (Basic): | $ 0.00 | | $ 0.00 |
| City (Additional): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| Spec (Additional): | $ 0.00 | | $ 0.00 |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 40.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**

Recorded/Filed    01-25-2007 17:15
City Register File No.(CRFN):
**2007000048102**

*Annette M Hill*

**City Register Official Signature**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

MODERN ABSTRACT CORPORATION
633 THIRD AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10017

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Filatov | Stanislav | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2133 81st Street | Brooklyn | NY | 11214 | |

1d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

2d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Mortgage Corporation (USA) | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2929 Walden Avenue | Depew | NY | 14043 | |

4. This FINANCING STATEMENT covers the following collateral:

Debtor's interest in 63 shares of stock for Unit #29B located at 217 East 96th Street, New York, New York plus the Proprietary Lease with One Carnegie Hill Owners Inc. and any replacements, additions or amendments. This cooperative property financing statement shall be effective until terminated.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

Loan #0829553797

14400

▬▬▬▬
▬▬▬▬
▬▬▬▬

## UCC FINANCING STATEMENT COOPERATIVE ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME + PHONE OF CONTACT AT FILER (optional)

MODERN ABSTRACT CORPORATION
633 THIRD AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10017

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 19. Complete EITHER 19a or 19b. | 19a. ☒ This COOPERATVIE ADDENDUM accompanies a FINANCING STATEMENT. | 19b. File Number assigned to the initial FINANCING STATEMENT: |
|---|---|---|

**20. FIRST DEBTOR OF RECORD: (Complete either 20a or 20b, but not both.)**

20a. ORGANIZATION'S NAME:

OR

| 20b. INDIVIDUAL'S LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |
|---|---|---|---|
| Filatov | Stanislav | | |

**21. FIRST SECURED PARTY OF RECORD: (Complete either 21a or 21b, but not both.)**

21a. ORGANIZATION'S NAME:
HSBC Mortgage Corporation (USA)

OR

| 21b. INDIVIDUAL'S LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |
|---|---|---|---|
| | | | |

22. This COOPERATIVE ADDENDUM covers: (Check one.)
☒ One COOPERATIVE INTEREST   ☐ More than one COOPERATIVE INTEREST

23. Unit uses: (Check all that apply.)
☒ Residential   ☐ Commercial   ☐ Parking
☐ Storage   ☐ Other (If checked, complete 23a.)

23a. Specify other Unit use(s):

**IMPORTANT:**

This COOPERATIVE ADDENDUM is for use when the collateral includes a COOPERATIVE INTEREST.

Only as to collateral which is a COOPERATIVE INTEREST, but not as to other collateral, the initial FINANCING STATEMENT to which this COOPERATIVE ADDENDUM relates shall be effective for 50 years from the date of filing the initial FINANCING STATEMENT.

**24. COOPERATIVE UNIT REAL PROPERTY FILING DATA:**

24a. ADDRESS NUMBER and STREET: (One only)
217 East 96th Street

24b. COMMUNITY (e.g., City, Town, Village or Borough):
New York City

24c. COUNTY:
New York

24d. DISTRICT:

24e. SECTION:

24f. BLOCK: 1646

24g. LOT: 1103

24h. UNIT NUMBER(S) or DESIGNATION(S):
29B

25. Name of the COOPERATIVE ORGANIZATION:
One Carnegie Hill Owners Inc.

26. Complete if applicable. (If checked, complete 26a.)
☐ The purpose of this COOPERATIVE ADDENDUM is to SUBORDINATE this security interest to another security interest in the same COOPERATIVE INTEREST.

26a. FILE NUMBER of security interest being given consensual priority:

27. Check if Applicable.
☐ The security agreement provides for FUTURE ADVANCES.

28. MISCELLANEOUS:

NEW YORK UCC FINANCING STATEMENT COOPERATIVE ADDENDUM (FORM UCC1CAd) (REV. 6/14/01)

Exhibit B

**All-New York Title Agency, Inc.**
180 East Post Road, White Plains, New York 10601
(914) 686-5600  (212) 579-1944   FAX (914) 686-1440   FAX (212) 579-4611

# I N V O I C E

TO:
Kipp C. Leland, Esq.
Hill, Rivkins & Hayden, LLP
45 Broadway
Suite 1500
New York, N.Y. 10006

INVOICE NO.        L04425

INVOICE DATE:      05-11-2007

REFERENCE NO.      ACC-04221

01|0828

| DESCRIPTION OF SERVICES |
|---|
| Premises: 2133 81st Street, Brooklyn, NY<br>Block: 6288   Lot: 62<br><br>Stanislav Filatov |

| COMPANY CHARGES | |
|---|---|
| Attorney Search | 250.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total Invoice Amount** | **250.00** |

**Please Note Our INVOICE NO.  L04425  On Your Remittance**



# ALL NEW YORK TITLE AGENCY, INC.

☑ 180 East Post Road, White Plains, NY 10601          914-686-5600    Fax: 914-686-1440
○ 345 Seventh Ave., 23rd Floor, NY, NY 10001          212-579-1944    Fax: 212-579-4611

JOSEPH S. PETRILLO, ESQ.
President

JOHN M. MARTIN
Vice President and
General Counsel

AUGUSTINE A. ARENA
Vice President and
Counsel

DENNIS V. GARGANO
Associate Counsel

May 11, 2007

Kipp C. Leland, Esq.
Hill, Rivkins & Hayden, LLP
45 Broadway – Suite 1500
New York, N Y 10006

Re:         ACC-04221
Owner:      Anzhela Kravets
Premises:   7917 20th Avenue, Brooklyn, NY
            **Block: 6275   Lot: 3**

Dear Mr. Leland:

As per your request, enclosed please find an Attorney Search in connection with the above captioned matter.

Also enclosed, please find our bill for this search.

The limit of liability is limited to the amount paid for the search.

Should you have any questions, kindly contact the undersigned.

Very Truly Yours,

All New York Title Agency, Inc.

By: _Augustine A. Arena_
    Augustine A. Arena

AAA/jk
Encls.

# ALL NEW YORK TITLE AGENCY, INC.

**Proposed Insured:**

**Title No.** ACC-04221

**Effective Date:**    April 7, 2007

**Mortgagee:**

**Amount of Insurance**        Fee
                               Mortgage

**THIS COMPANY CERTIFIES**  that a good and marketable title to premises described in Schedule A, subject to the liens, encumbrances and other matters, if any, set forth in this certificate may be conveyed and/or mortgaged by:

### STANISLAV FILATOV

Title acquired by deed from ALL REAL LIMITED & STANISLAV FILATOV dated 11-29-2004 recorded 2-11-2005 in CRFN 2005000089225.

**Premises described in Schedule "A" are known as:**

**Address:**    2133 81st Street
                Brooklyn, New York

**County:**    Kings        **City:**    New York

**District:**    -----        **Town:**

**Section:**

**Block:**    6288

**Lot:**    62

**FOR ANY TITLE CLEARANCE QUESTIONS ON THIS REPORT, PLEASE CALL:**

John M. Martin, Esq. or  Joseph S. Petrillo, Esq.  (914) 686-5600

# ALL NEW YORK TITLE AGENCY, INC.

### Title No. ACC-04221

### S C H E D U L E   A

ALL that certain plot, piece or parcel of land situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York bounded and described as follows:

BEGINNING at a point on the northeasterly side of 81st Street, distant 300 feet southeasterly from the northeasterly corner of 21st Avenue and 81st Street;

RUNNING THENCE northeasterly parallel with 21st Avenue, 100 feet;

THENCE southeasterly parallel with 81st Street, 30 feet;

THENCE southwesterly parallel with 21st Avenue, and part of the distance through a garage party wall, 100 feet to the northeasterly side of 81st Street; and

THENCE northwesterly along the northeasterly side of 81st Street, 30 feet to the point or place of BEGINNING.

FOR
)NVEYANCING
ONLY

**The policy to be issued under this report will insure the title to such buildings and improvements erected on the premises which by law constitute real property.**

**TOGETHER with all the right, title and interest of the party of the first part, of, in and to the land lying in the street in front of and adjoining said premises.**

# ALL NEW YORK TITLE AGENCY, INC.

## Title No. ACC-04221

### S C H E D U L E   B

**Hereinafter set forth are additional matters which will appear in our policy as exceptions from coverage unless disposed of to our satisfaction prior to the closing or delivery of policy.**

## DISPOSITION

1. Rights of tenants or persons in possession, if any.

2. Taxes, tax liens, tax sales, water charges, sewer rents, and assessments as set forth herein.

3. Mortgages returned and set forth herein (2).

4. Searches have been run in the Office of the County Clerk/Register for UCC(s), judgments and liens versus the name(s) STANISLAV FILATOV disclosing NO RETURNS.

5. The period of this search is from April 2, 2004 the date of the original Deed into certified owner to April 7, 2007 the effective date herein.

# ALL NEW YORK TITLE AGENCY, INC.

## Title No. ACC-04221

## <u>M O R T G A G E S</u>

A)

| | | | |
|---|---|---|---|
| fortgagor: | Stanislav Filatov | Amount: | $250,000.00 |
| | | Dated: | April 19, 2005 |
| | | Recorded: | September 16, 2005 |
| fortgagee: | JPMorgan Chase Bank, NA | CRFN: | 2005000518908 |

he above noted mortgage is a revolving credit mortgage. If said mortgage is to be satisfied at losing by this Company we will require an unequivocal statement of the balance due and iterest, including the fact that the account secured by said mortgage has been closed by the ecured lender as of the date of the reported principal balance due. In the absence of the regoing, this Company will only accept the face principal amount of the mortgage and iterest.

This title report does not show all the terms and provisions of the mortgage(s) set forth herein. Interested parties should contact the holder(s) thereof to ascertain the terms, covenants and conditions contained therein, and to determine if there are any unrecorded amendments or modifications thereto.

# ALL NEW YORK TITLE AGENCY, INC.

## Title No. ACC-04221

## M O R T G A G E S  (continued)

B)

| | | | |
|---|---|---|---|
| Mortgagor: | Stanislav Filatov | Amount: | $500,000.00 |
| | | Dated: | January 18, 2007 |
| | | Recorded: | February 12, 2007 |
| Mortgagee: | Citibank, NA | CRFN: | 2007000079624 |

This title report does not show all the terms and provisions of the mortgage(s) set forth herein. Interested parties should contact the holder(s) thereof to ascertain the terms, covenants and conditions contained therein, and to determine if there are any unrecorded amendments or modifications thereto.



## S.J. CARROLL JR., INC.
### Researching the Records of NYC Agencies



# TAX SEARCH

COMPANY: **ALL NEW YORK TITLE AGENCY, INC.**                    DATE  : 05/04/2007

TITLE #: **ACC04221**                                           <u>TAX MAP ATTACHED</u>

COUNTY: **KINGS**        BLOCK: **6288**        LOT: **62**      SJC REF: **343621**

PREMISES : **2133 81 STREET**

---

2006/2007 A.V.    TAX CLASS: 1              TAX RATE: 16.118      BUILDING CLASS: A1

(TRANS.)  LAND:  3,102          TOTAL:  26,126          EX.  0          EX.  0

(ACTUAL)  LAND:  3,102          TOTAL:  26,126          EX.  0          EX.  0

REASON FOR EXEMPTION:    NO EXEMPTIONS              A.O.:  STANISLAV FILATOV

COUNTY:  KINGS          SEC/VOL:  1904          BLOCK:  6288          LOT:  62

WATER & SEWER RENT CHARGES ISSUED BY THE DEPARTMENT OF ENVIRONMENTAL
PROTECTION MAY BE PENDING. (SEE SEPARATE WATER DEPARTMENT SEARCH.)

2006/2007  TAX        1 ¼        DUE 07/01/06        1,028.45    PAID 07/18/06

                      2 ¼        DUE 10/01/06        1,028.45    PAID 07/18/06

                      3 ¼        DUE 01/01/07        1,077.04    PAID 07/18/06

                      4 ¼        DUE 04/01/07        1,077.04    PAID 07/18/06

VAULT TAX CHARGES:  NONE

SUBJECT TO CONTINUATION PRIOR TO CLOSING.
NOTHING ELSE FOUND.

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION**

Some of the items returned hereon may have been paid but payment not officially posted. Receipts of such items should be produced on closing. This commitment includes such unpaid taxes, water and sewer charges and other matters relating to taxes which are indexed, as of the date of this commitment, against the above block & lot on the official records of the Department of Finance, Office of the City Collector. No responsibility is assumed for any error or omissions on the record nor any taxes levied after the date of this commitment. If a tax exemption is noted above, same may terminate on the date when premises are conveyed by the certified owner, and the full tax rate thereupon be reinstated. Our tax search does not cover any part of the street on which the premises to be insured abut.
Page 1 of 1



## S.J. CARROLL JR., INC.
### Researching the Records of NYC Agencies



*Quality & Service for over* **30** *years*

# WATER DEPARTMENT SEARCH

COMPANY: **ALL NEW YORK TITLE AGENCY, INC.**          DATE  : **05/04/2007**

TITLE #: **ACC04221**                                 COUNTY: **KINGS**

PREMISES : **2133 81 STREET**

BLOCK: **6288**          LOT: **62**                 SJC REF: **343621**

| ACCOUNT #2000417123001 | DUE 05/04/07 | $0.00 |
|---|---|---|

THE ABOVE ACCOUNT BALANCE(S) REFLECT THE TOTAL OWED TO THE DEPARTMENT OF ENVIRONMENTAL PROTECTION.


THE BELOW CHARGES ARE FOR ADJUSTMENT PURPOSES ONLY AND ARE ALREADY INCLUDED IN THE ABOVE ACCOUNT BALANCE.  THEY ARE **NOT** OWED IN ADDITION TO THE ACCOUNT BALANCE.


| METER | FROM | TO | WATER/SEWER | ENTERED | |
|---|---|---|---|---|---|
| 1158 | 11/21/06 | 02/23/07 | $70.32 | 03/05/07 | ACTUAL |


(A SPECIAL READING SHOULD BE OBTAINED ON ALL ACCOUNTS.)

**IMPORTANT NOTICE ABOUT SEARCH INFORMATION**
S.J CARROLL JR. INC. DOES HEREBY STATE THAT THE RECORDS OF THE ABOVE CITY AGENCY WAS EXAMINED AND THAT THE INFORMATION REPORTED ABOVE IS TRUE AND ACCURATE ABSTRACT OF THE INFORMATION CONTAINED THEREIN ON THE ABOVE NOTED DATE. THIS REPORT IS FOR  INFORMATION PURPOSES ONLY. NO LIABILITY IS ASSUMED HEREUNDER.
Page 1 of 1

# ALL NEW YORK TITLE AGENCY, INC.

## Title No. ACC-04221

## D E P A R T M E N T A L   S E A R C H E S

Any searches or returns reported herein are furnished FOR INFORMATION ONLY. They will not be insured and the Company assumes no liability for the accuracy thereof. They will not be continued to the date of closing.

| | |
|---|---|
| **Certificate of Occupancy** | NONE REQUESTED |
| **Housing & Building** | NONE REQUESTED |
| **Fire Dept. Search** | NONE REQUESTED |
| **Street Report** | NONE REQUESTED |
| **Emergency Repairs** | NONE REQUESTED |
| **Department of Highways** | NONE REQUESTED |
| **Air Resources** | NONE REQUESTED |
| **Fuel Oil Burner** | NONE REQUESTED |
| **Vault Search** | NONE REQUESTED |
| **Landmark Search** | NONE REQUESTED |
| **Flood Search** | NONE REQUESTED |
| **Bankruptcy Search(es)** | NONE REQUESTED |
| **Extended Municipal Search** | NONE REQUESTED |
| **Health Search** | NONE REQUESTED |
| **Patriot Search(es)** | NONE REQUESTED |

NOTE: in New York City, if there is a STREET VAULT, it is suggested that applicant investigate possible unpaid license fees by the City of New York for the use of such vault, because the right to maintain IS NOT INSURED, nor does the Company insure that the vault charges have been paid.

Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - X<br><br>ERIDAN SHIPPING LTD., as successor in interest to KAMA MALTA SHIPPING CO. LTD., and ANTARUS SHIPPING CO. LTD., as successor in interest to KAMA MALTA 1011 SHIPPING CO. LTD.,<br><br>       Plaintiffs,<br><br>       -against-<br><br>STANISLAV FILATOV<br><br>       Defendant.<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - X | Index No. 07-Civ-6347 (HB)<br><br><br><br>**CLERK'S CERTIFICATE** |

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on July 11, 2007 with the filing of a summons and complaint, a true copy of the summons and complaint was served on defendant by serving the summons and complaint in accordance with NY CPLR § 308(2) upon the Desk Clerk at Stanislav Filatov's residence at 217 East 96th Street, Apartment 29B, New York, New York, and then thereafter mailing the summons and complaint to Stanislav Filatov at that address, and proof of such service thereof was filed on August 7, 2007.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

     _Sept 18, 2007_

                             J. MICHAEL MCMAHON
                             Clerk of the Court

                             By:_____
                                    Deputy Clerk