John J. Sullivan
Kipp C. Leland
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiffs
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ERIDAN SHIPPING LTD., as successor in
Interest to KAMA MALTA SHIPPING CO. LTD.,
And ANTARUS SHIPPING CO. LTD., as
Successor in interest to KAMA MALTA 1011
SHIPPING CO. LTD.,

      Plaintiffs,

  - against –

STANISLAV FILATOV,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 07-Civ-6347 (HB)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK SS.:

 The undersigned, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Scotch Plains, New Jersey.

 On September 19, 2007, I served the annexed:

1) Clerk's Certificate of Default;

2) Notice of Motion for Summary Judgment and For Attachment of Assets;

3) Memorandum of Law in Support of Motion For Summary Judgment and For Attachment;

4) Declaration of Kipp C. Leland, Esq.;

5) Declaration of Dr. Jonatham Scerri-Diacono;

6) Declaration Concerning Todor Vassilev's April 10, 2002 Affidavit.

by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the last known address set forth:

        Stanislav Filatov
        217 East 96th Street, Apt. 29B
        New York, New York 10128

                                            Kathleen B. Quigley

Sworn to before me on the
19th day of September, 2007

        JOHN J. SULLIVAN
    Notary Public, State of New York
         No. 02SU5044687
    Qualified in Westchester County
Commission Expires June 5, _2007_

26784-JJS/KCL
10-19-07