```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIDIAN SHIPPING, et al.,

                Plaintiffs,                07 **CIVIL** 6347 (HB)

    -against-                             **JUDGMENT**

STANISLAV FILATOV,

                Defendant.
------------------------------------------------------------X

Plaintiffs having moved for summary judgment, and the matter having come before the Honorable Harold Baer Jr., United States District Judge, and the Court, on March 4, 2008, having rendered its Opinion and Order dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 4, 2007, the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
          March 6, 2008

                                            **J. MICHAEL McMAHON**
                                                Clerk of Court
                          BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____